1  VENABLE LLP
   Douglas C. Emhoff (SBN 151049)
2  demhoff@venable.com
   Tamany Vinson Bentz (SBN 258600)
3  tjbentz@venable.com
   Melissa C. McLaughlin (SBN 273619)
4  mcmclaughlin@venable.com
   2049 Century Park East, Suite 2100
5  Los Angeles, CA 90067
   Telephone:   (310) 229-9900
6  Facsimile:   (310) 229-9901

7  Attorneys for Plaintiff Jukin Media, Inc.

8
                   UNITED STATES DISTRICT COURT
9
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11 JUKIN MEDIA, INC., a California        CASE NO. 2:15-cv-04411-BRO-GJS
   corporation,
12                                        Hon. Beverly Reid O'Connell

13                    Plaintiff,          **AMENDED COMPLAINT FOR:**

              v.                          **1) COPYRIGHT INFRINGEMENT**
14
                                          **2) UNFAIR COMPETITION; AND**
15 DEFY MEDIA, LLC, a Delaware limited
   liability company,                     **3) TORTIOUS INTERFERENCE
16                                         WITH PROSPECTIVE
                     Defendant.           ECONOMIC ADVANTAGE**
17
                                          **DEMAND FOR JURY TRIAL**
18
                                          Action Filed:   June 10, 2015
19                                        Trial Date:     None set

20

21

22

23

24

25

26

27

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

Plaintiff Jukin Media, Inc., for its complaint, alleges the following:

## INTRODUCTION

1.      Jukin Media, Inc. ("Jukin") is a digital media company headquartered in Los Angeles, California.  Jukin provides content and licensing resources for internet video content and has a library of over 17,000 pieces of original user-generated content.  To build this library, Jukin employs eleven people full time to discover trending and valuable content.  These employees devote their time to identifying content that will be popular and valuable – determinations that depend on their data analysis and experience in the digital media industry.  Jukin then commits its resources to finding the correct owner of the content and acquiring or licensing it.  Once Jukin and the owner enter into a deal, Jukin actively markets the video to increase its value to the benefit of the creator and Jukin.

2.      Jukin provides private individuals a way to monetize their videos by accessing a historically difficult-to-enter market for media content, and has become a market leader in the discovery, acquisition, monetization, licensing, and distribution of short-form viral video content.  Jukin offers a proprietary platform that allows its partners access to its library for use in various commercial applications.  Jukin also offers curated video collections via its themed YouTube channels and content-focused websites, and independently produces or co-produces content displayed on broadcast television and other traditional means of media distribution.

3.      Jukin also employs a rights management team to actively mitigate the effects of lost revenue to its video owners by seeking licenses or advertising revenue monetization from infringing parties.

4.      Despite notice of Jukin's proprietary rights, Defendant Defy Media, LLC ("Defendant" or "Defy") has and continues to willfully infringe Jukin's rights by copying Jukin's videos without permission or a license to do so.

## THE PARTIES

COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

5.    Plaintiff Jukin Media, Inc. is a California corporation with its principal place of business in Los Angeles, California.

6.    On information and belief, Defendant Defy Media, LLC is a Delaware limited liability company with two offices in California, located at 5757 Wilshire Blvd. #300, Los Angeles, California 90036 and 8750 Wilshire Blvd #200, Beverly Hills, California 90211.

7.    Defendant operates a website at www.Break.com ("Break.com") that displays articles, photographs, and videos uploaded by third party users and, upon information and belief, by Defendant's own staff.  Defendant also produces a YouTube channel titled "Break" that broadcasts compilation videos containing videos obtained from third-party sources.

## JURISDICTION AND VENUE

8.    This Complaint arises in part under the Copyright Act, 17 U.S.C. § 101 *et seq.*  Accordingly, this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338, 1367.

9.    Defy is subject to the personal jurisdiction of this Court because, among other things, Defy is doing business in the state of California, and the acts of infringement complained of in this Complaint took place in the state of California.

10.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events that give rise to this Complaint occurred in this judicial district.

## FACTUAL ALLEGATIONS

11.    Jukin invests in substantial research and analytical efforts to discover short-form viral videos that it believes may be interesting to the public.  Jukin's eleven full time employees research and evaluate videos, on a case-by-case basis, that are likely to be popular and valuable, *i.e.*, have the potential to go viral.  For every 400 videos it reviews, only about 20 are considered for acquisition.  Jukin

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

2

1   then either licenses or acquires the right to use the videos, or portions thereof, in

2   various commercial applications.  Jukin often acquires these rights on an exclusive

3   basis. Jukin monetizes these videos through advertising revenue and by licensing

4   to various distribution channels for use in advertisements, entertainment

5   productions, news programs, and other productions desirous of short-form content.

6   For purposes of this Complaint, videos acquired or licensed by Jukin will be

7   referred to as the "Jukin Original Videos" or simply the "Original Videos."

8       12.   Jukin also monetizes the Original Videos via broadcast on Jukin's

9   own branded YouTube channels, on several of its websites including

10   www.JukinVideo.com, and through other partners such as Vessel.  Jukin may also

11   re-publish certain videos in order to increase their distribution.  When Jukin

12   republishes the Original Videos, it typically does so almost immediately after

13   acquiring the rights to these videos so that it can expand the virality of the videos

14   and increase its revenue generated therefrom.

15       13.   Jukin's in-house rights management team spends significant time

16   searching the internet for infringing copies of its Original Videos and identifying

17   persistent infringers.  Once infringing content has been identified, the rights

18   management team contacts the infringer and works diligently to try resolving the

19   infringement through a licensing agreement.

20       14.   By acquiring the rights to these Original Videos in exchange for a

21   license fee or a share of net proceeds earned from the videos, Jukin provides a way

22   for individuals to maximize the potential of their videos in a manner that they

23   would not be able to otherwise do on their own.  Individual video owners are

24   unlikely to have the full resources, knowledge, or contacts to fully monetize their

25   videos, increase views of their videos (from which increased revenue may be

26   derived), or enforce their rights against infringers like Defendant.

27                  **Break.com and Jukin's Correspondence**

28       15.   Defendant operates a website known as Break.com and also operates

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

3

1    an affiliated "Break" YouTube channel featuring Break.com videos (see
2    www.youtube.com/user/break).  Defendant also operates an Xbox application
3    featuring various videos.

4         16.     Break.com operates as a content aggregation site, where its editors, as
5    well as third party users, upload videos, images, and news content.  The bulk of the
6    content featured on Break.com consists of video.  The Break.com site is accessible
7    via the web, including via applications available on iTunes, Android devices,
8    XBOX, Roku, and other similar methods of distribution.  With respect to the
9    infringing videos on Break.com, each method of distribution constitutes a new and
10   different infringement of the same Jukin Original Video.

11        17.     Many of Break.com's videos, including its videos posted to the Break
12   YouTube channel and used in Break's Xbox application, are Jukin Original
13   Videos.

14        18.     Defendant takes an active role in selecting the videos to be posted on
15   Break.com and used in the Xbox applications.  According to Break.com's website,
16   "Our editors constantly comb through videos that are sent to us and promote ones
17   that we think would resonate well with our users," and "We scour the internet to
18   find the best content for you."  See www.break.com/corp/faq.

19        19.     On information and belief, at least some, if not all, of the Break.com
20   users posting Jukin Original Videos are employees or agents of Defendant.  This
21   contention is supported by the following facts:

22             a.   nearly all of the individual Break.com users (found as of the
23                  time of filing) whose accounts posted hundreds of infringing
24                  videos have been members of Break.com since the website's
25                  earliest beginnings (2005 to 2007);

26             b.   nearly all of these users have failed to provide any personal
27                  information that could actually identify them (most do not
28                  include their true names, lack profile pictures, and state their

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

4

location as simply "U.S.");

   c.  several of the Break.com infringing videos were posted by "Break.com Staff" rather than an apparently individual user;

   d.  all of the captions for these Break.com infringing videos are in English, even though many of the videos themselves are in other languages, suggesting that the Break.com user posting the video was not the person who created the video;

   e.  the same Break.com users often post several videos in different languages, suggesting that the Break.com user posting the videos was not the person who created the videos;

   f.  all of the titles of the Break.com infringing videos mentioned herein share similar characteristics (for example, every word in the titles is always capitalized, and similar grammatical and punctuation style is used consistently across all of the videos), suggesting that the same user is posting or editing all of them; and

   g.  the Break.com infringing videos are almost always posted within days of their publication by Jukin, suggesting that the Break.com uploader is tracking Jukin's activities.

   20.    Additionally, several of the Jukin Original Videos contain Jukin watermarks or end credits featuring a link to Jukin's website.  Defendant's versions of these videos also contain the Jukin watermarks and Jukin end credits.  As a result, it is obvious that these videos were copied directly from Jukin.

   21.    Defendant has a pattern and practice of infringing Jukin's videos.  On information and belief, Defendant tracks Jukin's video posting behaviors in Jukin's various distribution locations and copies Jukin's videos shortly after Jukin publishes them.  Defendant's pattern and practice is intended to capture the most value from Jukin Original Videos due to the timely nature of the videos, and

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

COMPLAINT

because the most value generated from Jukin Original Videos occurs in the initial days and weeks of the content's virality when the videos are their most popular and most in-demand by third parties.

22.     For a period of time, and only with respect to videos appearing on YouTube, Jukin and Defendant were able to resolve many disputes either because Defendant stopped using infringing videos or, in a limited number of cases, Defendant was able to show it licensed rights to the video from the original owner. None of these videos are the subject of Jukin's claims in this lawsuit.  Furthermore, this present matter concerns claims entirely separate from any prior agreements with Defendant resolving past disputes arising from Defendant's copyright infringement on YouTube.

23.     Beginning in December 2013, Jukin began to send take-down requests to Break.com pursuant to the Digital Millennium Copyright Act ("DMCA"), which put Defendant on notice of its infringing activity, and requested Defendant to remove the infringing videos from Break.com.

24.     In 2014, however, the volume of Defendant's infringing videos needing to be reported via the DMCA process became overwhelming, and DMCA notices did not appear to hamper Defendant's infringing activities.  Defendant was still able to take advantage of and profit from its infringement of a Jukin Original Video for the several days preceding its processing of a DMCA take-down request. In many instances, Defendant was taking advantage of the most valuable period of time since the first days and weeks of a video's posting is typically when it is most viewed.

25.     To date, Defendant has continually uploaded new infringing videos to Break.com, despite Jukin's frequent objections and notices of infringement.

26.     Defendant presently is infringing upon over 300 Original Videos.

27.     Defendant has previously paid to Jukin $1,000.00 for a single infringing use of a Jukin Original Video in relation to a YouTube production.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

COMPLAINT

28.     Defendant's actions with respect to its infringements on Break.com are not good-faith misunderstandings of the source of the infringed content.  The Jukin Original Videos often include licensing information in the description of the video on YouTube, e.g. "Jukin Media Verified (Original) *For licensing/ permission to use: Contact: licensing@jukinmedia.com."  Even if such licensing information is not included in the video, Defendant has no right under the law to copy the Jukin Original Videos without first contacting the apparent video owner to seek permission for use.

29.     In addition, Defendant has sought to compete with Jukin and obtain licenses from individual video creators by spreading false and misleading rumors about Jukin and its business practices, in order to deter such video creators from licensing the video to Jukin.

## Jukin's Infringed Videos

30.     Defendant has a clear pattern and practice of copying Jukin's Original Videos, as detailed below (collectively, the "Infringing Videos").  As evidenced below, Defendant often publishes the Infringing Videos within days of Jukin's publication of the Jukin Original Videos.

31.     **INFRINGEMENT #1:** Jukin acquired the rights to "MOMMYS BIG SECRET :) THIS IS A MUST SEE!!!!!" on August 20, 2014, available at https://www.youtube.com/watch?v=hmQN95ROBcI, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel. Jukin also obtained copyright registration number PA0001927265 for this video. See Exhibit A.

32.     On August 28, 2014, Defendant posted the video entitled "Some Kids Weren't Made To Be Big Brothers" at http://www.break.com/video/some-kids-werent-made-to-be-big-brothers-2752545 and incorporated by reference herein. "Some Kids Weren't Made To Be Big Brothers" copies the entirety of the "MOMMYS BIG SECRET[…]" video.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

33.   **INFRINGEMENT #2:** Jukin acquired the rights to "Boxer Dog goes NUTS!" on August 28, 2014, available at https://www.youtube.com/watch?v=U8Jx7xHId-A, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001925201 this video.  See Exhibit B.

34.   On September 10, 2014, Defendant posted the video entitled "Dog Vs Gator, Sort Of" at http://www.break.com/video/boxer-vs-gator-sort-of-2757403, and incorporated by reference herein.  "Dog Vs. Gator, Sort Of" copies the entirety of the "Boxer Dog goes NUTS!" video.

35.   **INFRINGEMENT #3:** Jukin acquired the rights to "Road worker trick fail" on September 7, 2014, available at https://www.youtube.com/watch?v=YE8jU6Q7v8c, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001927282 for this video.  See Exhibit C.

36.   On September 7, 2014, Defendant posted a video entitled "This Stupid Road Worker Trick Is Exactly Why Road Construction Takes Forever" at http://www.break.com/video/fail-road-worker-trick-shovel-and-construction-hat-2756335 and incorporated by reference herein.  "This Stupid Road Worker Trick…" copies the entirety of the "Road worker trick fail" video.

37.   **INFRINGEMENT #4:** Jukin acquired the rights to "Dog thinks terrace door is closed" on September 27, 2014, available at https://www.youtube.com/watch?v=udbMNZDQS48, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel. Jukin also obtained copyright registration number PA0001927283 for this video. See Exhibit D.

38.   On September 29, 2014, Defendant posted a video entitled "World's Dumbest Dog Doesn't Realize The Door Is Already Open" at

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

http://www.break.com/video/dog-doesnt-realize-the-door-is-already-open-2765776 and incorporated by reference herein.  "World's Dumbest Dog Doesn't Realize The Door Is Already Open" copies the entirety of the "Dog thinks terrace door is closed" video.

39.   **INFRINGEMENT #5:** Jukin acquired the rights to "500 Smith & Wesson tree fail" on October 20, 2014, available at https://www.youtube.com/watch?v=fA9nTNelQ6o, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001927271 for this video.  See Exhibit E.

40.   On October 29, 2014, Defendant posted a video entitled "When Shooting Targets Target You" at http://www.break.com/video/when-shooting-targets-target-you-2781797 and incorporated by reference herein.  "When Shooting Targets Target You" copies the entirety of the "500 Smith & Wesson tree fail" video.

41.   **INFRINGEMENT #6:** Jukin acquired the rights to "Groom drops bride" on October 28, 2014, available at https://www.youtube.com/watch?v=Z5NdssyIVA0, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001926581 for this video.  See Exhibit F.

42.   On October 27, 2014, Defendant posted a video entitled "Mr. Butterfingers And His New Wife" at http://www.break.com/video/mr-butterfingers-and-his-new-wife-2781115 and incorporated by reference herein.  "Mr. Butterfingers And His New Wife" copies the entirety of the "Groom drops bride" video.  Upon information and belief, Defendant did not obtain permission from the video creator to post the video prior to its acquisition by Jukin.  Defendant never obtained permission from Jukin to post the video.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

9

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

43. **INFRINGEMENT #7:** Jukin acquired the rights to "Family on holiday gets a surprise!" on August 22, 2014, available at https://www.youtube.com/watch?v=bORgo-yaGo4, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941386 for this video.  See <u>Exhibit G</u>.

44. On September 5, 2014, Defendant posted the video entitled "Dolphin Chills With A Snorkler" at http://www.break.com/video/dolphin-chills-with-a-snorkeler-2755911, and incorporated by reference herein.  "Dolphin Chills With A Snorkler" copies significant portions of the "Family on holiday gets a surprise!" video.

45. **INFRINGEMENT #8:** Jukin acquired the rights to "Marv turns 1" on September 16, 2014, available at https://www.youtube.com/watch?v=rIQ49A27UrI, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941398 for this video.  See <u>Exhibit H</u>.

46. On September 18, 2014, Defendant posted the video entitled "Even The Dog Is Ashamed Of This Costume" at http://www.break.com/video/even-the-dog-is-ashamed-of-this-costume-2760308, and incorporated by reference herein.  "Even The Dog Is Ashamed Of This Costume" copies the entirety of the "Marv turns 1" video.

47. **INFRINGEMENT #9:** Jukin acquired rights to "High-Speed Canyon Jet Ski – Lake Powell GoPro" on August 27, 2014, available at https://www.youtube.com/watch?v= mQg3hlilED0, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001940828 for this video.  See <u>Exhibit I</u>.

COMPLAINT

48.     On August 27, 2014, Defendant posted a video entitled "Jet Skiing Through A Canyon Looks A Lot Like Star Wars Racing" at http://www.break.com/video/jet-skiing-through-a-canyon-2752098, and incorporated by reference herein.  "Jet Skiing Through A Canyon Looks A Lot Like Star Wars Racing" copies the entirety of the "High-Speed Canyon Jet Ski" video.

49.     **INFRINGEMENT #10:** Jukin acquired rights to "Cat fail – plastic bag" on September 11, 2014, available at https://www.youtube.com/watch?v=75XguLSFcko, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001940809 for this video.  See Exhibit J.

50.     On September 12, 2014, Defendant posted a video entitled "Sometimes The Cat Wins, Sometimes The Bag Wins" at http://www.break.com/video/cat-vs-plastic-bag-2758329, and incorporated by reference herein.  "Sometimes The Cat Wins" copies the entirety of the "Cat fail – plastic bag" video.

51.     **INFRINGEMENT #11:** Jukin acquired rights to "Dock Jump Fail – SLO MO" on August 18, 2014, available at https://www.youtube.com/watch?v=qQA5kG9KekE, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001940806 for this video.  See Exhibit K.

52.     On August 25, 2014, Defendant posted a video entitled "That's A Brutal Shot To The Goods" at http://www.break.com/video/that-s-a-brutal-shot-to-the-goods-2751381, and incorporated by reference herein.  "That's A Brutal Shot To The Goods" copies the entirety of the "Dock Jump Fail – SLOW MO" video.

53.     **INFRINGEMENT #12:** Jukin acquired rights to "Bald Eagle Toddler has a new toy!" on August 26, 2014, available at

11

1  https://www.youtube.com/watch?v=_3K3HoiU6F4, and incorporated by reference

2  herein.  Jukin subsequently republished this video on its own channel Jukin also

3  obtained copyright registration number PA0001940803 for this video.  See <u>Exhibit</u>

4  <u>L</u>.

5       54.    On August 27, 2014, Defendant posted a video entitled "This Bald

6  Eagle Proves America Is All About Fun In The Sprinkler" at

7  http://www.break.com/video/eagles-play-in-sprinklers-2752092, and incorporated

8  by reference herein.  "This Bald Eagle Proves[…]" copies the entirety of the "Bald

9  Eagle Toddler has a new toy!" video.

10       55.    **INFRINGEMENT #13:** Jukin acquired rights to "Cat loves the baby

11  swing" on September 17, 2014, available at

12  https://www.youtube.com/watch?v=mU6utt9Kc0k, and incorporated by reference

13  herein.  Jukin subsequently republished this video on its own channel.  Jukin also

14  obtained copyright registration number PA0001940800 for this video.  See <u>Exhibit</u>

15  <u>M</u>.

16       56.    On September 18, 2014, Defendant posted a video entitled "This Is

17  Literally All A Cat Needs To Do In Life" at http://www.break.com/video/this-is-

18  literally-all-a-cat-needs-to-do-in-life-2760300, and incorporated by reference

19  herein.  "This Is Literally All A Cat Needs[…]" copies the entirety of the "Cat

20  loves the baby swing" video.

21       57.    **INFRINGEMENT #14:** Jukin acquired rights to "Funniest golf video

22  ever" on September 22, 2014, available at

23  https://www.youtube.com/watch?v=x_2Yl5IvleU, and incorporated by reference

24  herein.  Jukin subsequently republished this video on its own channel.  Jukin also

25  obtained copyright registration number PA0001940796 for this video.  See <u>Exhibit</u>

26  <u>N</u>.

27       58.    On September 23, 2014, Defendant posted a video entitled "Golf Got

28  The Best Of This Guy" at http://www.break.com/video/golf-got-the-best-of-this-

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

12

1    guy-2763959, and incorporated by reference herein. "Golf Got The Best Of This

2    Guy" copies the entirety of the "Funniest golf video ever" video.

3         59.    **INFRINGEMENT #15:** Jukin acquired rights to "Pomeranian

4    watermelon love" on September 20, 2014, available at

5    https://www.youtube.com/watch?v=QgsTgkxGTQo, and incorporated by reference

6    herein.  Jukin subsequently republished this video on its own channel.  Jukin also

7    obtained copyright registration number PA0001940793 for this video.  See <u>Exhibit</u>

8    <u>O</u>.

9         60.    On September 27, 2014, Defendant posted a video entitled "I'm Not

10   Positive, But I Think He Wants Some Watermelon" at https://www.youtube.com/

11   watch?v=QgsTgkxGTQo, and incorporated by reference herein.  "I'm Not

12   Positive[…]" copies the entirety of the "Pomeranian watermelon love" video.

13        61.    **INFRINGEMENT #16:** Jukin acquired rights to "My dog attacks the

14   cat every time I use the ice machine" on September 24, 2014, available at

15   https://www.youtube.com/ watch?v=XbPOi67Rtps, and incorporated by reference

16   herein.  Jukin subsequently republished this video on its own channel Jukin also

17   obtained copyright registration number PA0001941397 for this video.  See <u>Exhibit</u>

18   <u>P</u>.

19        62.    On September 25, 2014, Defendant posted a video entitled "Poor Cat

20   Gets Attacked Whenever Someone Gets Ice" at http://www.break.com/video/poor-

21   cat-gets-attacked-whenever-someone-gets-ice-2764762, and incorporated by

22   reference herein.  "Poor Cat[…]" copies the entirety of the "My dog attacks the

23   cat[…]" video.

24        63.    **INFRINGEMENT #17:** Jukin acquired rights to "Smart German

25   Shepherd: Twitch Letting Sophie Out of Her Kennel" on September 16, 2014,

26   available at https://www.youtube.com/watch?v=3Q6fEJOH7R0, and incorporated

27   by reference herein.  Jukin also obtained copyright registration number

28   PA0001941401 for this video.  See <u>Exhibit Q</u>.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

13

64.     On September 22, 2014, Defendant posted a video entitled "This German Shepherd Pulls A Houdini Act With Her Friend" at http://www.break.com/video/german-shepherd-pulls-a-houdini-act-with-her-friend-2763590, and incorporated by reference herein.  "This German Shepherd Pulls A Houdini Act[…]" copies the entirety of the "Smart German Shepherd[…]" video.

65.     **INFRINGEMENT #18:** Jukin acquired rights to "Hua Shan plank walk – Harness?" on September 12, 2014, available at https://www.youtube.com/watch?v=Wd-T_YTfxDs, and incorporated by reference.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941393 for this video.  See Exhibit R.

66.     On September 20, 2014, Defendant posted a video entitled "Who Wants To Try The Hua Shan Plank Walk With No Harness?" at http://www.break.com/video/the-hua-shan-plank-walk-with-no-harness-2762640, and incorporated by reference herein.  "Who Wants To Try[…]" copies the entirety of the "Hua Shan Plank Walk – Harness?" video.

67.     **INFRINGEMENT #19:** Jukin acquired rights to "Knocked Out By Yoga Ball Headshot" on May 9, 2014, available at http://jukinvideo.com/videos/focus/comedy/knocked-out-by-yoga-ball-grant-scott/148/36988, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941400 for this video.  See Exhibit S.

68.     On September 23, 2014, Defendant posted a video entitled "Worst Friends Ever: A Compilation" at http://www.break.com/video/worst-friends-ever-a-compilation-2763965, and incorporated by reference herein.  "Worst Friends Ever" copies the entirety of the "Knocked Out By Yoga Ball Headshot" video.

69.     **INFRINGEMENT #20:** Jukin acquired rights to "bear attacks

14

camera" on September 27, 2014, available at
https://www.youtube.com/watch?v=YnWFRO4SNEM, and incorporated by
reference herein.  Jukin subsequently republished this video on its own channel.
Jukin also obtained copyright registration number PA0001941387 for this video.
See Exhibit T.

70.    On September 30, 2014, Defendant posted a video entitled "Bear Is A
Little Camera Shy" at http://www.break.com/video/bear-is-a-little-camera-shy-
2772648, and incorporated by reference herein.  "Bear Is A Little Camera Shy"
copies the entirety of the "bear attacks camera" video.

71.    **INFRINGEMENT #21:** Jukin acquired rights to "Lightning Strike –
Palm Beach, FL" on September 22, 2014, available at
https://www.youtube.com/watch?v= Op8uNgjvhK4, and incorporated by reference
herein.  Jukin subsequently republished this video on its own channel.  Jukin also
obtained copyright registration number PA0001941381 for this video.  See Exhibit
U.

72.    On September 30, 2014, Defendant posted a video entitled "And
Boom Goes The Backyard Lightning" at http://www.break.com/video/and-boom-
goes-the-backyard-lightning-2772633, and incorporated by reference herein.  "And
Book Goes The Backyard Lightning" copies the entirety of the "Lightning Strike –
Palm Beach, FL" video.

73.    **INFRINGEMENT #22:** Jukin acquired rights to "Great Dane Opens
gate" on September 30, 2014, available at https://www.youtube.com/watch?v=Ra-
qrIAVxno, and incorporated by reference herein.  Jukin subsequently republished
this video on its own channel.  Jukin also obtained copyright registration number
PA0001941377 for this video.  See Exhibit V.

74.    On October 3, 2014, Defendant posted a video entitled "This Great
Dane Pulls A Prison Break" at http://www.break.com/video/this-great-dane-pulls-
a-prison-break-2773743, and incorporated by reference herein.  "This Great Dane

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

1    Pulls A Prison Break" copies the entirety of the "Great Dane Opens gate" video.

2        75.    **INFRINGEMENT #23:** Jukin acquired rights to "Crazy lady throws

3    her drink on me in front of off-duty police officer" on October 7, 2014, available at

4    https://www.youtube.com/watch?v=qEPx0N_jAa8, and incorporated by reference

5    herein.  Jukin subsequently republished this video on its own channel.  Jukin also

6    obtained copyright registration number PA0001941383 for this video.  See Exhibit

7    W.

8        76.    On October 6, 2014, Defendant posted a video entitled "Chicago Cop

9    Destroys Crazy Lady After She Assaults Cyclist" at

10   http://www.break.com/video/chicago-cop-owns-crazy-lady-after-she-assault-

11   cyclist-2774383, and incorporated by reference herein.  "Chicago Cop Destroys

12   Crazy Lady[…]" copies the entirety of the "Crazy lady throws her drink on

13   me[…]" video.  Upon information and belief, Defendant did not obtain permission

14   from the video creator to post the video prior to its acquisition by Jukin.

15   Defendant never obtained permission from Jukin to post the video.

16       77.    **INFRINGEMENT #24:** Jukin acquired rights to "just a cat giving a

17   presidential speech on ebola…" on October 7, 2014, available at

18   https://www.youtube.com/watch?v=6mTH_pYarGs, and incorporated by reference

19   herein.  Jukin subsequently republished this video on its own channel Jukin also

20   obtained copyright registration number PA0001941478 for this video.  See Exhibit

21   X.

22       78.    On October 8, 2014, Defendant posted a video entitled "Presidential

23   Cat Has Some Thoughts On Ebola" at http://www.break.com/video/presidential-

24   cat-has-some-thoughts-on-ebola-2775290, and incorporated by reference herein.

25   "Presidential Cat Has Some Thoughts On Ebola" copies the entirety of the "just a

26   cat giving a presidential speech on ebola[…]" video.

27       79.    **INFRINGEMENT #25:** Jukin acquired rights to "Damn cat!!" on

28   October 9, 2014, available at https://www.youtube.com/watch?v=0fYuYPViw_c,

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

16

1   and incorporated by reference herein.  Jukin subsequently republished this video

2   on its own channel.  Jukin also obtained copyright registration number

3   PA0001941428 for this video.  See Exhibit Y.

4       80.   On October 16, 2014, Defendant posted a video entitled "Cats Are

5   The Biggest Jerks In The Animal Kingdom" at http://www.break.com/video/cats-

6   are-the-biggest-jerks-in-the-animal-kingdom-2777822, and incorporated by

7   reference herein.  "Cats Are The Biggest Jerks In The Animal Kingdom" copies

8   the entirety of the "Damn cat!!" video.

9       81.   **INFRINGEMENT #26:** Jukin acquired rights to "upside-down

10  running hamster" on October 8, 2014, available at

11  https://www.youtube.com/watch?v=1gIH94st0mY and incorporated by reference

12  herein.  Jukin subsequently republished this video on its own channel.  Jukin also

13  obtained copyright registration number PA0001941480 for this video.  See Exhibit

14  Z.

15      82.   On October 15, 2014, Defendant posted a video entitled "Hamster

16  Wheel: Lazy Critter Edition" at http://www.break.com/video/hamster-wheel-lazy-

17  edition-2777568, and incorporated by reference herein.  "Hamster Wheel: Lazy

18  Critter Edition" copies the entirety of the "upside-down running hamster" video.

19      83.   **INFRINGEMENT #27:** Jukin acquired rights to "Stella's Leaf Pile"

20  on October 14, 2014, available at

21  https://www.youtube.com/watch?v=6s8rN9i4Gpw, and incorporated by reference

22  herein.  Jukin subsequently republished this video on its own channel.  Jukin also

23  obtained copyright registration number PA0001941481 for this video.  See Exhibit

24  AA.

25      84.   On October 15, 2014, Defendant posted a video entitled "Stella Loves

26  Playing Fetch In The Leaf Pile" at http://www.break.com/video/stella-loves-

27  playing-fetch-in-the-leaf-pile-2777549, and incorporated by reference herein.

28  "Stella Loves Playing Fetch In The Leaf Pile" copies the entirety of the "Stella's

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

COMPLAINT

1   Leaf Pile" video.

2       85.   **INFRINGEMENT #28:** Jukin acquired rights to "red neck couch

3   moving" on October 15, 2014, available at

4   https://www.youtube.com/watch?v=cAuNCNMp0Go, and incorporated by

5   reference herein.  Jukin subsequently republished this video on its own channel.

6   Jukin also obtained copyright registration number PA0001941483 for this video.

7   See Exhibit BB.

8       86.   On October 16, 2014, Defendant posted a video entitled "Moving

9   Day: Redneck Edition" at http://www.break.com/video/moving-day-redneck-

10  edition-2777922, and incorporated by reference herein.  "Moving Day: Redneck

11  Edition" copies the entirety of the "red neck couch moving" video.

12      87.   **INFRINGEMENT #29:** Jukin acquired rights to "TRAIN PASSING

13  OVER A CRAZY GUY!" on October 13, 2014, available at

14  https://www.youtube.com/watch?v= d6fwb9xWTW8, and incorporated by

15  reference herein.  Jukin subsequently republished this video on its own channel.

16  Jukin also obtained copyright registration number PA0001941465 for this video.

17  See Exhibit CC.

18      88.   On October 16, 2014, Defendant posted a video entitled "Another

19  Idiot Lets A High Speed Train Pass Over Him" at http://www.break.com/video/

20  another-idiot-lets-a-high-speed-train-pass-over-him-2777851, and incorporated by

21  reference herein.  "Another Idiot Lets A High Speed Train Pass Over Him" copies

22  the entirety of the "TRAIN PASSING OVER A CRAZY GUY!" video.

23      89.   **INFRINGEMENT #30:** Jukin acquired rights to "New GoPro 4

24  Black Destroyed…in 4k!" on October 15, 2014, available at

25  https://www.youtube.com/watch?v= F74VKHUwn8s, and incorporated by

26  reference herein.  Jukin subsequently republished this video on its own channel.

27  Jukin also obtained copyright registration number PA0001941488 for this video.

28  See Exhibit DD.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

COMPLAINT

90.     On October 20, 2014, Defendant posted a video entitled "Awesome New Camera Meets Terrible Piloting Skills" at http://www.break.com/video/awesome-new-camera-meets-terrible-piloting-skills-2778955, and incorporated by reference herein.  "Awesome New Camera Meets Terrible Piloting Skills" copies the entirety of the "New GoPro 4 Black Destroyed…in 4k!" video.

91.     **INFRINGEMENT #31:** Jukin acquired rights to "Bikini fail feat cute puppy" on October 2, 2014, available at https://www.youtube.com/watch?v=vVB8cp-t2ag, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941493 for this video.  See Exhibit EE.

92.     On October 21, 2014, Defendant posted a video entitled "The Best Trick A Dog Can Learn" at http://www.break.com/video/the-best-trick-a-dog-can-learn-2779318, and incorporated by reference herein.  "The Best Trick A Dog Can Learn" copies the entirety of the "Bikini fail feat cute puppy" video.

93.     **INFRINGEMENT #32:** Jukin acquired rights to "Duffy Dog Fetch Fails – GoPro Hero 3" on October 20, 2014, available at https://www.youtube.com/watch?v= mMNfAa49gTw, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941489 for this video.  See Exhibit FF.

94.     On October 22, 2014, Defendant posted a video entitled "Catch Isn't Every Dog's Strong Suit" at http://www.break.com/video/catch-isn-t-every-dog-s-strong-suit-2779556, and incorporated by reference herein.  "Catch Isn't Every Dog's Strong Suit" copies the entirety of the "Duffy Dog Fetch Fails[…]" video.

95.     **INFRINGEMENT #33:** Jukin acquired rights to "Win perfect timing. Thunder struck." on October 26, 2014, available at https://www.youtube.com/watch?v=D9IeWLuiAV4, and incorporated by reference

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

19

1  herein.  Jukin subsequently republished this video on its own channel.  Jukin also

2  obtained copyright registration number PA0001941476 for this video.  See <u>Exhibit</u>

3  <u>GG</u>.

4       96.    On October 26, 2014, Defendant posted a video entitled "This

5  Perfectly Timed Lightning Strike Proves God Is An AC/DC Fan" at

6  http://www.break.com/video/lightning-strike-proves-god-is-an-acdc-fan-2780937,

7  and incorporated by reference herein.  "This Perfectly Timed Lightning Strike[…]"

8  copies the entirety of the "Win perfect timing. Thunder struck." video.

9       97.   **INFRINGEMENT #34:** Jukin acquired rights to "Bear Fight

10  Rockaway NJ Aug 14 2014" on October 23, 2014, available at

11  https://www.youtube.com/watch?v=OMYEkAFhJuw, and incorporated by

12  reference herein.  Jukin subsequently republished this video on its own channel.

13  Jukin also obtained copyright registration number PA0001941420 for this video.

14  See <u>Exhibit HH</u>.

15       98.    On October 28, 2014, Defendant posted a video entitled "Place Your

16  Bets On This Bear Fight" at http://www.break.com/video/place-your-bets-on-this-

17  bear-fight-2781533, and incorporated by reference herein.  "Place Your Bets On

18  This Bear Fight" copies significant portions of the "Bear Fight Rockaway NJ Aug

19  14 2014" video.

20       99.   **INFRINGEMENT #35:** Jukin acquired rights to "PRICELESS

21  Reaction from Husband to Pregnancy Announcement!" on October 28, 2014,

22  available at https://www.youtube.com/watch?v=M_TwbNHWX3U, and

23  incorporated by reference herein.  Jukin subsequently republished this video on its

24  own channel.  Jukin also obtained copyright registration number PA0001941424

25  for this video.  See <u>Exhibit II</u>.

26       100.   On October 28, 2014, Defendant posted a video entitled "Husband

27  Finds A Bun In The Oven" at http://www.break.com/video/husband-finds-a-bun-

28  in-the-oven-2781535, and incorporated by reference herein.  "Husband Finds A

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

Bun In The Oven" copies the entirety of the "PRICELESS Reaction from Husband to Pregnancy Announcement!" video.

101.   **INFRINGEMENT #36:** Jukin acquired rights to "Dad, I'm Pregnant" on October 29, 2014, available at https://www.youtube.com/watch?v=tb7cSbVLhp8, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941426 for this video.  See <u>Exhibit JJ</u>.

102.   On October 27, 2014, Defendant posted a video entitled "Dad Doesn't Quite Get The Pregnancy Message" at http://www.break.com/video/dad-doesn-t-quite-get-the-pregnancy-message-2781105, and incorporated by reference herein.  "Dad Doesn't Quite Get The Pregnancy Message" copies significant portions of the "Dad, I'm Pregnant" video.  Upon information and belief, Defendant did not obtain permission from the video creator to post the video prior to its acquisition by Jukin.  Defendant never obtained permission from Jukin to post the video.

103.   **INFRINGEMENT #37:** Jukin acquired rights to "Sneezing Chicken" on October 30, 2014, available at https://www.youtube.com/watch?v=oUE9j8TD6kU, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941425 for this video.  See <u>Exhibit KK</u>.

104.   On November 3, 2014, Defendant posted a video entitled "Ever Heard A Chicken Sneeze?" at http://www.break.com/video/chicken-sneeze-2783239, and incorporated by reference herein.  "Ever Heard A Chicken Sneeze?" copies significant portions of the "Sneezing Chicken" video.

105.   **INFRINGEMENT #38:** Jukin acquired rights to "Deer delivers doughnut!! Coolest thing too happen too me while Flyfishing for steelhead" on October 29, 2014, available at https://www.youtube.com/watch?v=7SrJMcEn4_8,

21

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

1    and incorporated by reference herein.  Jukin subsequently republished this video

2    on its own channel.  Jukin also obtained copyright registration number

3    PA0001941427 for this video.  See Exhibit LL.

4        106.   On October 30, 2014, Defendant posted a video entitled "It's The

5    Deer Donut Delivery Service" at http://www.break.com/video/it-s-the-deer-donut-

6    delivery-service-2782117, and incorporated by reference herein.  "It's The Deer

7    Donut Delivery Service" copies the entirety of the "Deer delivers doughnut!![...]"

8    video.

9        107.   **INFRINGEMENT #39:** Jukin acquired rights to "Osaka Mannequin

10   Prank Halloween 2014" on November 3, 2014, available at

11   https://www.youtube.com/watch?v= 8jkMBxowHEo, and incorporated by

12   reference herein.  Jukin subsequently republished this video on its own channel.

13   Jukin also obtained copyright registration number PA0001941429 for this video.

14   See Exhibit MM.

15       108.   On November 3, 2014, Defendant posted a video entitled "Mannequin

16   Prank On The Streets Of Japan" at http://www.break.com/video/mannequin-prank-

17   on-the-streets-of-japan-2783235, and incorporated herein.  "Mannequin Prank On

18   The Streets Of Japan" copies the entirety of the "Osaka Mannequin Prank

19   Halloween 2014" video.

20       109.   **INFRINGEMENT #40:** Jukin acquired rights to "Useless wireless

21   duck" on November 4, 2014, available at https://www.youtube.com/watch?v=-

22   5b_AshkBOM, and incorporated by reference herein.  Jukin subsequently

23   republished this video on its own channel.  Jukin also obtained copyright

24   registration number PA0001941423 for this video.  See Exhibit NN.

25       110.   On November 5, 2014, Defendant posted a video entitled "Finally

26   We've Mastered Wireless Duck Technology" at http://www.break.com/video/

27   wireless-duck-technology-2783891, and incorporated by reference herein.  "Finally

28   We've Mastered Wireless Duck Technology" copies the entirety of the "Useless

wireless duck" video.

111.   **INFRINGEMENT #41:** Jukin acquired rights to "Ally & Day" on November 6, 2014, available at https://www.youtube.com/watch?v=YD9SEtaVKgA and incorporated by reference herein.  Jukin subsequently republished this video on its own channel Jukin also obtained copyright registration number PA0001941421 for this video.  See <u>Exhibit OO</u>.

112.   On November 7, 2014, Defendant posted a video entitled "Adorable Moment Dog Tries To Teach Baby How To Jump" at http://www.break.com/video/video-dog-teaches-baby-how-to-jump-2784489, and incorporated by reference herein.  "Adorable Moment Dog Tries To Teach Baby How To Jump" copies significant portions of the "Ally & Day" video.

113.   **INFRINGEMENT #42:** Jukin acquired rights to "Late night Suspicious roadblock dash cam" on November 5, 2014, available at https://www.youtube.com/watch?v= ClPZINVp0y8, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941422 for this video.  See <u>Exhibit PP</u>.

114.   On November 6, 2014, Defendant posted a video entitled "Terrifying Roadblock On Dark Highway Will Give You Nightmares" at http://www.break.com/video/terrifying-roadblock-on-dark-highway-2784139, and incorporated by reference herein.  "Terrifying Roadblock[…]" copies the entirety of the "Late night Suspicious roadblock dash cam" video.

115.   **INFRINGEMENT #43:** Jukin acquired rights to "Cat Makes Epic Leap" on November 4, 2014, available at https://www.youtube.com/watch?v=MsPXpfxpZXQ, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941439 for this video.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

23

See Exhibit QQ.

116.   On November 6, 2014, Defendant posted a video entitled "Cat And Gravity Don't Get Along" at http://www.break.com/video/cat-and-gravity-don-t-get-along-2784225, and incorporated by reference herein.  "Cat And Gravity Don't Get Along" copies the entirety of the "Cat Makes Epic Leap" video.

117.   **INFRINGEMENT #44:** Jukin acquired rights to "Yo creo que está roto..."on November 5, 2014, available at http://www.youtube.com/watch?v=ZVQbtPl92Kk, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941440 for this video.  See Exhibit RR.

118.   On November 6, 2014, Defendant posted a video entitled "The Laziest Puppy Ever" at http://www.break.com/video/the-laziest-puppy-ever-2784219, and incorporated by reference herein.  "The Laziest Puppy Ever" copies the entirety of the "Yo creo que está roto…" video.

119.   **INFRINGEMENT #45:** Jukin acquired rights to "Waking up our puppy to his favorite song 'let it go'" on November 30, 2014, available at https://www.youtube.com/ watch?v=ezz2NqvlORY, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941432 for this video.  See Exhibit SS.

120.   On December 1, 2014, Defendant posted a video entitled "Even Dogs Love That Frozen Song" at http://www.break.com/video/even-dogs-love-that-frozen-song-2792147, and incorporated by reference herein.  "Even Dogs Love That Frozen Song" copies the entirety of the "Waking up our puppy to his favorite song[…]" video.

121.   **INFRINGEMENT #46:** Jukin acquired rights to "Spaghetti Eating Competition: Golden Retriever vs German Shepherd" on November 25, 2014,

available at https://www.youtube.com/watch?v=dYTSS14SFY0, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001940829 for this video.  See Exhibit TT.

122.   On November 25, 2014, Defendant posted a video entitled "Head To Head Spaghetti Challenge" at http://www.break.com/video/head-to-head-spaghetti-challenge-2790636, and incorporated by reference herein.  "Head To Head Spaghetti Challenge" copies the entirety of the "Spaghetti Eating Competition[…]" video.

123.   **INFRINGEMENT #47:** Jukin acquired rights to "Xmas decorations around the corner" on December 15, 2014, available at https://www.youtube.com/watch?v= Ou9FQyde2kY, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941435 for this video.  See Exhibit UU.

124.   On December 15, 2014, Defendant posted a video entitled "When Christmas Decorations Get Out Of Hand" at http://www.break.com/video/when-christmas-decorations-get-out-of-hand-2796615, and incorporated by reference herein.  "When Christmas Decorations Get Out Of Hand" copies the entirety of the "Xmas decorations around the corner" video.

125.   **INFRINGEMENT #48:** Jukin acquired rights to "Wizards of Winter" on December 9, 2014, available at https://www.youtube.com/watch?v=IXieGSAdj4s, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941540 for this video.  See Exhibit VV.

126.   On December 10, 2014, Defendant posted a video entitled "Now That's Some Christmas Light Choreography" at http://www.break.com/video/now-

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

25

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

that-s-some-christmas-light-choreography-2795119, and incorporated by reference herein.  "Now That's Some Christmas Light Choreography" copies the entirety of the "Wizards of Winter" video.

127.  **INFRINGEMENT #49:** Jukin acquired rights to "English Bulldog Running 01 – Ground-level HD Video 1280x720" on December 11, 2014, available at https://www.youtube.com/watch?v=Fqhc0YPymi8, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel. Jukin also obtained copyright registration number PA0001941513 for this video. See Exhibit WW.

128.  On December 11, 2014, Defendant posted a video entitled "The Never Ending Struggle Between Dog And RC Car" at http://www.break.com/video/the-never-ending-struggle-between-dog-and-rc-car-2795490, and incorporated by reference herein.  "The Never Ending Struggle Between Dog And RC Car" copies the entirety of the "English Bulldog Running 01[…]" video.

129.  **INFRINGEMENT #50:** Jukin acquired rights to "Road Raged Driver Verbally Assaults Woman" on January 28, 2015, available at http://www.youtube.com/watch?v= MDr_J_pLg0A, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941516 for this video.  See Exhibit XX.

130.  On January 29, 2015, Defendant posted a video entitled "Road Raging Maniac Attacks Handicapped Grandmother, Causes Child To Cry" at http://www.break.com/video/kristin-leigh-phillips-road-rage-with-sherri-hastings-2813160, and incorporated by reference herein.  "Road Raging Maniac[…]" copies significant portions of the "Road Raged Driver Verbally Assaults Woman" video.

131.  **INFRINGEMENT #51:** Jukin acquired rights to "Toddler Freaks out about Scrolling Text 'Leaving' Screen" on January 26, 2015, available at http://www.youtube.com/ watch?v=n8BRsP4cwac, and incorporated herein by

reference.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941431 for this video.  See Exhibit YY.

132.   On January 28, 2015, Defendant posted a video entitled "Little Fella Loves The News Scroll" at http://www.break.com/video/little-fella-loves-the-news-scroll-2812881, and incorporated by reference herein.  "Little Fella Loves The News Scroll" copies the entirety of the "Toddler Freaks out about Scrolling Text 'Leaving' Screen" video.

133.   **INFRINGEMENT #52:** Jukin acquired rights to "New Breed Very Exotic" on January 22, 2015, available at http://www.youtube.com/watch?v=3PkIuO4N9c4, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001940905 for this video.  See Exhibit ZZ.

134.   On January 7, 2015, Defendant posted a video entitled "Pitbull or Landshark?" at http://www.break.com/video/pitbull-or-landshark-2812385.  "Pitbull or Landshark?" copies the entirety of the "Guy Puts Googly Eyes on Sleeping Pit Bull" video.  Upon information and belief, Defendant did not obtain permission from the video creator to post the video prior to its acquisition by Jukin.  Defendant never obtained permission from Jukin to post the video.

135.   **INFRINGEMENT #53:** Jukin acquired rights to "Dog Gets Mad at Owner for Farting" on January 21, 2015, available at http://www.youtube.com/watch?v= nckGJwD5mks, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941512 for this video.  See Exhibit AAA.

136.   On January 21, 2015, Defendant posted a video entitled "Man Farts On Dog. Dog Not Pleased. At All." at http://www.break.com/video/man-farts-on-dog-dog-not-pleased-at-all-2809756, and incorporated by reference herein.  "Man

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

27

1    Farts On Dog. […]" Copies the entirety of the "Dog Gets Mad at Owner for

2    Farting" video.

3        137.   **INFRINGEMENT #54:** Jukin acquired rights to "Creepy, Giant

4    Spider Jumps on Man" on January 8, 2015, available at

5    www.youtube.com/watch?v=QO3S1bYmo3k, and incorporated by reference

6    herein.  Jukin subsequently republished this video on its own channel.  Jukin also

7    obtained copyright registration number PA0001941433 for this video.  See Exhibit

8    BBB.

9        138.   On January 16, 2015, Defendant posted a video entitled "Giant Aussie

10   Spider Attack" at http://www.break.com/video/giant-aussie-spider-attack-2808278,

11   and incorporated by reference herein.  "Giant Aussie Spider Attack" copies the

12   entirety of the "Creepy, Giant Spider Jumps on Man" video.

13       139.   **INFRINGEMENT #55:** Jukin acquired rights to "Little Kid Wobbles

14   down Playground Slide" on February 5, 2015, available at

15   http://www.youtube.com/watch?v= lND7jCY5iFg, and incorporated by reference

16   herein.  Jukin subsequently republished this video on its own channel.  Jukin also

17   obtained copyright registration number PA0001941520 for this video.  See Exhibit

18   CCC.

19       140.   On February 8, 2015, Defendant posted a video entitled "What

20   Happens When You Forget How To Slide" at http://www.break.com/video/what-

21   happens-when-you-forget-how-to-slide-2816560, and incorporated by reference

22   herein.  "What Happens When You Forget How To Slide" copies the entirety of

23   the "Little Kid Wobbles down Playground Slide" video.

24       141.   **INFRINGEMENT #56:** Jukin acquired rights to "Little Girl Sings

25   Metal ABC's" on February 5, 2015, available at

26   http://www.youtube.com/watch?v=zBvhTA9asug, and incorporated by reference

27   herein.  Jukin subsequently republished this video on its own channel.  Jukin also

28   obtained copyright registration number PA0001941437 for this video.  See Exhibit

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

1    DDD.

2        142.    On February 8, 2015, Defendant posted a video entitled "Little Girl

3    Drops A Death Metal Alphabet Song" at http://www.break.com/video/little-girl-

4    drops-a-death-metal-alphabet-song-2817020 and incorporated by reference herein.

5    "Little Girl Drops A Death Metal Alphabet Song" copies the entirety of the "Little

6    Girl Sings Metal ABC's" video.

7        143.    **INFRINGEMENT #57:** Jukin acquired rights to "Octopus Emerges

8    from Reef Camouflage" on February 3, 2015, available at

9    http://www.youtube.com/watch?v= l2UeR2pvoMA and incorporated by reference

10   herein.  Jukin subsequently republished this video on its own channel.  Jukin also

11   obtained copyright registration number PA0001941541 for this video.  See Exhibit

12   EEE.

13       144.    On February 6, 2015, Defendant posted a video entitled "Can You

14   Spot The Octopus Before It Lets You See It?" at http://www.break.com/video/can-

15   you-spot-the-octopus-before-it-lets-you-see-it-2816998, and incorporated by

16   reference herein.  "Can You Spot The Octopus[…]" copies the entirety of the

17   "Octopus Emerges from Reef Camouflage" video.

18       145.    **INFRINGEMENT #58:** Jukin acquired rights to "Man Builds Device

19   to Reverse in Broken Truck" on February 6, 2015, available at

20   http://www.youtube.com/watch?v= SjV0iO-6vK8, and incorporated by reference

21   herein.  Jukin subsequently republished this video on its own channel.  Jukin also

22   obtained copyright registration number PA0001941438 for this video.  See Exhibit

23   FFF.

24       146.    On February 6, 2015, Defendant posted a video entitled "How To

25   Back Up In A Truck With A Busted Reverse" at http://www.break.com/video/

26   how-to-back-up-in-a-truck-with-a-busted-reverse-2816968, and incorporated by

27   reference herein.  "How To Back Up[…]" copies the entirety of the "Man Builds

28   Device to Reverse in Broken Truck" video.

147.  **INFRINGEMENT #59:** Jukin acquired rights to "Squirrel Hides Nuts in Bra" on February 4, 2015, available at http://www.youtube.com/watch?v=Fneow2aUH3Y, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel Jukin also obtained copyright registration number PA0001941517 for this video.  See <u>Exhibit GGG</u>.

148.  On February 3, 2015, Defendant posted a video entitled "Pet Squirrel Has The Best Hiding Place Ever" at http://www.break.com/video/pet-squirrel-has-the-best-hiding-place-ever-2815589 and incorporated by reference herein.  "Pet Squirrel Has The Best Hiding Place Ever" copies the entirety of the "Squirrel Hides Nuts in Bra" video.  Upon information and belief, Defendant did not obtain permission from the video creator to post the video prior to its acquisition by Jukin.  Defendant never obtained permission from Jukin to post the video.

149.  **INFRINGEMENT #60:** Jukin acquired rights to "Shopping while black, in Alabama." on January 31, 2015, available at http://www.youtube.com/watch?v=7Sci3ZzQZqw, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel Jukin also obtained copyright registration number PA0001941518 for this video.  See <u>Exhibit HHH</u>.

150.  On February 2, 2015, Defendant posted a video entitled "This Man Noticed A Curious Thing About Shopping In Alabama" at http://www.break.com/video/shopping-while-black-in-alabama-2815026, and incorporated by reference herein.  "This Man Noticed A Curious Thing About Shopping In Alabama" copies the entirety of the "Shopping while black, in Alabama." video.

151.  **INFRINGEMENT #61:** Jukin acquired rights to "Fat Lady Gets Out of BMW" on February 9, 2015, available at http://www.youtube.com/watch?v=GBoJlIYF2Z4, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

30

1    obtained copyright registration number PA0001941434 for this video.  See <u>Exhibit</u>
2    <u>III</u>.

3        152.   On February 10, 2015, Defendant posted a video entitled "How To
4    Tell You Picked The Wrong Car" at http://www.break.com/video/how-to-tell-you-
5    picked-the-wrong-car-2818638, and incorporated by reference herein.  "How To
6    Tell You Picked The Wrong Car" copies the entirety of the "Fat Lady Gets Out of
7    BMW" video.

8        153.   **INFRINGEMENT #62:** Jukin acquired rights to "Guy Laughs when
9    Dog Slips on Ice then also Falls" on February 10, 2015, available at
10   http://www.youtube.com/watch?v= 4c7HKzHs9VA, and incorporated by reference
11   herein.  Jukin subsequently republished this video on its own channel.  Jukin also
12   obtained copyright registration number PA0001941436 for this video.  See <u>Exhibit</u>
13   <u>JJJ</u>.

14       154.   On February 9, 2015, Defendant posted a video entitled "See What
15   Happens With You Laugh At Slipping Dogs" at http://www.break.com/video/see-
16   what-happens-when-you-laugh-at-slipping-dogs-2818173, and incorporated by
17   reference herein.  "See What Happens[…]" copies the entirety of the "Guy Laughs
18   when Dog Slips[…]" video.  Upon information and belief, Defendant did not
19   obtain permission from the video creator to post the video prior to its acquisition
20   by Jukin.  Defendant never obtained permission from Jukin to post the video.

21       155.   **INFRINGEMENT #63:** Jukin acquired rights to "Airplane Changes
22   Shape of Cloud" on January 12, 2015, available at
23   http://www.youtube.com/watch?v=cV7p1LXZ1gY, and incorporated by reference
24   herein.  Jukin subsequently republished this video on its own channel.  Jukin also
25   obtained copyright registration number PA0001941514 for this video.  See <u>Exhibit</u>
26   <u>KKK</u>.

27       156.   On February 13, 2015, Defendant posted a video entitled "A380 Cuts
28   A Cloud In Half" at http://www.break.com/video/a380-cuts-a-cloud-in-half-

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

31

1    2820028, and incorporated by reference herein.  "A380 Cuts A Cloud In Half"

2    copies the entirety of the "Airplane Changes Shape of Cloud" video.

3         157.   **INFRINGEMENT #64:** Jukin acquired rights to "Gift Wrapping in

4    Japan" on December 12, 2014, available at

5    https://www.youtube.com/watch?v=1qi8ZXUH_wY, and incorporated by

6    reference herein.  Jukin subsequently republished this video on its own channel.

7    Jukin also obtained copyright registration number PA0001941527 for this video.

8    See Exhibit LLL.

9         158.   On December 11, 2014, Defendant posted a video entitled "Precision

10   Japanese Gift Wrapping" at http://www.break.com/video/precision-japanese-gift-

11   wrapping-2795494, and incorporated by reference herein.  "Precision Japanese Gift

12   Wrapping" copies the entirety of the "Gift Wrapping in Japan" video.  Upon

13   information and belief, Defendant did not obtain permission from the video creator

14   to post the video prior to its acquisition by Jukin.  Defendant never obtained

15   permission from Jukin to post the video.

16        159.   **INFRINGEMENT #65:** Jukin acquired rights to "Pig meets ice :( "

17   on January 6, 2015, available at

18   https://www.youtube.com/watch?v=eE_arfWTglQ, and incorporated by reference

19   herein.  Jukin subsequently republished this video on its own channel.  Jukin also

20   obtained copyright registration number PA0001941526 for this video.  See Exhibit

21   MMM.

22        160.   On January 7, Defendant posted a video entitled "Pig Vs Ice: The

23   Showdown" at http://www.break.com/video/pig-vs-ice-the-showdown-2804401,

24   and incorporated by reference herein.  "Pig Vs Ice: The Showdown" copies the

25   entirety of the "Pig meets ice :( " video.

26        161.   **INFRINGEMENT #66:** Jukin acquired rights to "Dad Gets Google

27   Translate to Curse" on January 23, 2015, available at

28   http://www.youtube.com/watch?v=r2MoVU2U4K0, and incorporated by reference

**V E N A B L E  L L P**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

32

herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941528 for this video.  See <u>Exhibit NNN</u>.

162.   On January 23, 2015, Defendant posted a video entitled "It Turns Out Google Translate Is The World's Best Medium For Dad Jokes" at http://www.break.com/video/google-translate-app-dutch-to-english-chicken-f-2810642, and incorporated by reference herein.  "It Turns Out Google Translate […]" copies the entirety of the "Dad Gets Google Translate to Curse" video.

163.   **INFRINGEMENT #67:** Jukin acquired rights to "Hiker Falls Walking across River" on January 20, 2015, available at http://www.youtube.com/watch?v=odZghayNYKM, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941529 for this video.  See <u>Exhibit OOO</u>.

164.   On January 21, 2015, Defendant posted a video entitled "Some People Weren't Meant For Hiking" at http://www.break.com/video/some-people-weren-t-meant-for-hiking-2809440, and incorporated by reference herein.  "Some People Weren't Meant For Hiking" copies the entirety of the "Hiker Falls Walking across River" video.

165.   **INFRINGEMENT #68:** Jukin acquired rights to "Woman Publicly Freaks out after Missing Ferry" on January 20, 2015, available at http://www.youtube.com/watch?v=AsS-iBgylzM, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001941530 for this video.  See <u>Exhibit PPP</u>.

166.   On January 21, 2015, Defendant posted a video entitled "Whoa! Girl Misses Ferry, Throws Shrieking Temper Tantrum" at http://www.break.com/video/tsawwassen-ferry-she-misses-boat-has-temper-

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

33

tantrum-2809777, and incorporated by reference herein.  "Whoa! Girl Misses Ferry
[…]" copies the entirety of the "Woman Publicly Freaks out after Missing Ferry"
video.

167.   **INFRINGEMENT #69:** Jukin acquired "Driver Runs Red Light and
Hits Car Triggering Airbags" on February 7, 2015, available at
http://www.youtube.com/watch?v=ny01_mvJyjA, and incorporated by reference
herein.  Jukin subsequently republished this video on its own channel.  Jukin also
obtained copyright registration number PA0001941531 for this video.  See Exhibit
QQQ.

168.   On February 8, 2015, Defendant posted a video entitled "Lying
Woman Driver Claimed This Man Caused Accident By Running Red Light" at
http://www.break.com/video/lying-woman-driver-says-man-ran-red-light-2817691,
and incorporated by reference herein.  "Lying Woman […]" copies the entirety of
the "Driver Runs Red Light […]" video.

169.   **INFRINGEMENT #70:** Jukin acquired "Pushup Routine
Choreographed to Music" on February 2, 2015, available at
http://www.youtube.com/watch?v=keP0uMmIOFk and incorporated by reference
herein.  Jukin subsequently republished this video on its own channel.  Jukin also
obtained copyright registration number PA0001941525 for this video.  See Exhibit
RRR.

170.   On February 3, 2015, Defendant posted a video entitled "This Chick
Has Taken Pushups To A New Level" at http://www.break.com/video/this-chick-
has-taken-pushups-to-a-new-level-2815560, and incorporated by reference herein.
"This Chick Has Taken Pushups To A New Level" copies the entirety of the
"Pushup Routine Choreographed to Music" video.

171.   **INFRINGEMENT #71:** Jukin acquired the rights to "Buzzed by
F18's at Death Valley" on September 16, 2014, available at
https://www.youtube.com/watch?v=h6yG-HO-8hQ, and incorporated by reference

34

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

herein.  Jukin subsequently republished this video on its own channel.  Jukin also obtained copyright registration number PA0001940834 for this video.  See <u>Exhibit SSS</u>.

172.   On September 16, 2014, Defendant posted the video entitled "F-18s Bring Some Life To Death Valley" at http://www.break.com/video/f-18s-bring-some-life-to-death-valley-2759542, and incorporated by reference herein.  "F-18s Bring Some Life To Death Valley" copies the entirety of the "Buzzed by F18's at Death Valley" video.

173.   **INFRINGEMENT #72:** Jukin acquired rights to "Snowmobiler Rescued from Avalanche" on February 11, 2015, available at http://www.youtube.com/watch?v= aGUQC5k3dFM, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel. Jukin also obtained copyright registration number PA0001941522 for this video. See <u>Exhibit TTT</u>.

174.   On February 12, 2015, Defendant posted a video entitled "From Snowmobiling To Avalanche Rescue In 90 Seconds" at http://www.break.com/video/from-snowmobiling-to-avalanche-rescue-in-90-seconds-2819556, and incorporated by reference herein.  "From Snowmobiling To Avalanche Rescue In 90 Seconds" copies the entirety of the "Snowmobiler Rescued from Avalanche" video.

175.   **INFRINGEMENT #73:** Jukin acquired rights to "Man Uses Fishing Rod to Play Catch with Son" on May 27, 2015, available at https://www.youtube.com/watch?v=tTQT21CeeS0, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-2637685228, and is awaiting issuance of the registration.

176.   On May 29, 2015, Defendant posted a video entitled "Ball Practice

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

1   With Lazy Dad" at http://www.break.com/video/lazy-dad-or-genius-dad-2861374,

2   and incorporated by reference herein.  "Ball Practice With Lazy Dad" copies the

3   entirety of the "Man Uses Fishing Rod to Play Catch with Son" video.

4       177.   **INFRINGEMENT #74:** Jukin acquired rights to "Bulldog Hates Life

5   Jacket" on May 19, 2015, available at

6   https://www.youtube.com/watch?v=ZSH1yVjPhyI, and incorporated by reference

7   herein.  Jukin subsequently republished this video on its own channel.  Jukin also

8   filed an application for copyright registration with the United States Copyright

9   Office for this video, application case number 1-2637684991, and is awaiting

10  issuance of the registration.

11      178.   On May 24, 2015, Defendant posted a video entitled "Bulldog Hates

12  Life Vest" at http://www.break.com/video/bulldog-hates-life-vest-2859387 and

13  incorporated by reference herein.  "Bulldog Hates Life Vest" copies the entirety of

14  the "Bulldog Hates Life Jacket" video.

15      179.   **INFRINGEMENT #75:** Jukin acquired rights to "Guy Shows Up to

16  Jurassic World Premiere in Toy Jeep" on June 12, 2015 available at

17  https://www.youtube.com/watch?v=aOoQUx_ESO0, and incorporated by

18  reference herein.  Jukin subsequently republished this video on its own channel.

19  Jukin also filed an application for copyright registration with the United States

20  Copyright Office for this video, application case number 1-2637685304, and is

21  awaiting issuance of the registration.

22      180.   On June 15, 2015, Defendant posted a video entitled "The Ultimate

23  Jurassic Nerd" at http://www.break.com/video/jurassic-world-premier-brings-out-

24  the-nerdimus-rex-2865685 and incorporated by reference herein.  "The Ultimate

25  Jurassic Nerd" copies the entirety of the "Guy Shows Up to Jurassic World

26  Premiere" video.

27      181.   **INFRINGEMENT #76:** Jukin acquired rights to "2-Year-Old Gets

28  into the Music Playing Guitar Hero" on June 12, 2015, available at

https://www.youtube.com/watch?v=bidW4aa-Z6M, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-2637685479, and is awaiting issuance of the registration.

182.   On June 13, 2015, Defendant posted a video entitled "Kid Has Same Reaction We All Had First Time We Heard Rage Against The Machine" at http://www.break.com/video/kid-hears-rage-against-the-machine-for-first-time-2865381 and incorporated by reference herein.  "Kid Has Same Reaction […]" copies the entirety of the "2-Year-Old Gets into the Music Playing Guitar Hero" video.

183.   **INFRINGEMENT #77:** Jukin acquired rights to "Pit Bull Jumps up Record-Breaking 14 Feet" on June 12, 2015, available at https://www.youtube.com/watch?v=1u5FJ5caKAU, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-2637729614, and is awaiting issuance of the registration.

184.   On June 9, 2015, Defendant posted a video entitled "Dog Or Bird?" at http://www.break.com/video/ever-seen-a-dog-fly-2864242 and incorporated by reference herein.  "Dog Or Bird?" copies the entirety of the "Pit Bull Jumps up Record-Breaking 14 Feet" video.  Upon information and belief, Defendant did not obtain permission from the video creator to post the video prior to its acquisition by Jukin.  Defendant never obtained permission from Jukin to post the video.

185.   **INFRINGEMENT #78:** Jukin acquired rights to "Pit Bull Jumps up Record-Breaking 14 Feet" on June 12, 2015, available at https://www.youtube.com/watch?v=1u5FJ5caKAU, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

37

filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-2637729614, and is awaiting issuance of the registration.

186.   On June 8, 2015, Defendant posted a video entitled "Amazing Footage Of A Pit Bull Jumping 20 Feet Up A Wall" at http://www.break.com/video/amazing-footage-of-pit-bull-jumping-20-feet-up-wall-2863721 and incorporated by reference herein.  "Amazing Footage Of A Pit Bull […]" copies the entirety of the "Pit Bull Jumps up Record-Breaking 14 Feet" video.  Upon information and belief, Defendant did not obtain permission from the video creator to post the video prior to its acquisition by Jukin.  Defendant never obtained permission from Jukin to post the video.

187.   **INFRINGEMENT #79:** Jukin acquired rights to "Moose Play in the Sprinkler" on June 2, 2015, available at https://www.youtube.com/watch?v=GTV-gBI8OBo, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-2640132561, and is awaiting issuance of the registration.

188.   On June 8, 2015, Defendant posted a video entitled "Moose Love Sprinklers" at http://www.break.com/video/moose-family-day-at-the-water-park-2863351 and incorporated by reference herein.  "Moose Love Sprinklers" copies the entirety of the "Moose Play in the Sprinkler" video.

189.   **INFRINGEMENT #80:** Jukin acquired rights to "Homeless Man Speaks from the Heart" on June 2, 2015 available at https://www.youtube.com/watch?v=RfU8TUZRtZg, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-2637685149, and is awaiting issuance of the registration.

190.   On June 2, 2015, Defendant posted a video entitled "This Homeless Man Speaks The Wisest Words You Will Hear Today" at http://www.break.com/video/homeless-man-speaks-the-wisest-words-2862393 and incorporated by reference herein.  "This Homeless Man Speak The Wisest Words […]" copies the entirety of the "Homeless Man Speaks from the Heart" video.

191.   **INFRINGEMENT #81:** Jukin acquired rights to "03.26.15 – Motorcycle Collision" on June 2, 2015, available at https://www.youtube.com/watch?v=spqZ704Um-s, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-2640399687, and is awaiting issuance of the registration.

192.   Subsequently, Jukin became aware that Defendant used a video entitled "Biker Tells Driver To Stop Texting. In Retaliation, Driver Runs Over Biker" in its X-Box video application.  A screen shot of Defendant's video is attached as Exhibit UUU.  "Biker Tells Driver To Stop Texting. […]" copies the entirety of the "03.26.15 – Motorcycle Collision" video.  Upon information and belief, Defendant copied the video for use in its Xbox application and did not link to the video through Youtube.

193.   **INFRINGEMENT #82:** Jukin acquired rights to "intento de robo en ituzaingo" on June 10, 2015, available at https://www.youtube.com/watch?v=lllQIThw38g, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-2640400122, and is awaiting issuance of the registration.

194.   Subsequently, on or around August 5, 2015, Jukin became aware that Defendant used a video entitled "Idiot Thieves Get Outsmarted By Their Would-

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

Be Victim" on its X-Box video application.  A screen shot of Defendant's video is attached as <u>Exhibit VVV</u>.  "Idiot Thieves Get Outsmarted […]" copies the entirety of the "intento de robo en ituzaingo" video.

195.  **INFRINGEMENT #83:** Jukin acquired rights to "Angel Dry" on July 10, 2015, available at https://www.youtube.com/watch?v=grA_o_eHK2Q, and incorporated by reference herein.  Jukin subsequently republished this video on its own channel.  Jukin also filed an application for copyright registration with the United States Copyright Office for this video, application case number 1-2640400147, and is awaiting issuance of the registration.

196.  Subsequently, on or around August 5, 2015, Jukin became aware that Defendant used a video entitled "Angel getting her hair blown dry" on its X-Box video application.  A screen shot of Defendant's video is attached as <u>Exhibit WWW</u>.  "Angel getting her hair blown dry" copies the entirety of the "Angel Dry" video.

197.  Defendant does not have any license, authorization, permission, or consent from Jukin to use any of the Original Videos.

198.  On information and belief, Defendant did not obtain any license, authorization, permission, or consent from the individual video creators to use the Original Videos.  Even if Defendant had obtained authorization from the individual video creators, this authorization is invalid if it was obtained after Jukin acquired the rights to the videos.

199.  Defendant directly violated Jukin's exclusive rights under the Copyright Act.  On information and belief, Defendant directed or controlled the infringing conduct of the Break.com users uploading the Infringing Videos.  Defendant engaged in contributory copyright infringement by inducing, causing, and materially contributing to the infringing conduct of Break.com's users.  Alternatively, on information and belief, Defendant is vicariously liable for the copyright infringement of Break.com's users because it enjoyed a direct financial

40

benefit from the infringement and had the right and ability to supervise the Break.com users' infringing activity.

200.   Defendant enjoys no "safe harbor" protection under the DMCA because upon information and belief (a) the transmission of the videos to Break.com was initiated by or at the direction of Defendant and/ or Defendant's agents and (b) the transmission of the videos to Break.com is carried out through Defendant's or Defendant's agents' selection of the material.

### Other Infringing Videos

201.   In addition to Defendant's infringement of the Original Videos described above, Defendant also used the following Jukin Original Videos without Jukin's authorization. Upon information and belief, Defendant also did not obtain permission from the video creator to post any of the videos prior to their acquisition by Jukin.

202.   In each of the following cases, Defendant's Infringing Videos copy a significant portion or the entirety of the Original Video.  Jukin reserves the right to file copyright applications with respect to these videos and to amend this Complaint to bring claims based on these videos.

| | JUKIN ORIGINAL VIDEO AND ACQUISITION DATE | DEFENDANT'S INFRINGING VIDEO AND POST DATE |
|---|---|---|
| 1. | "Open hand slap knock out! Told ya so…" (https://www.youtube.com/watch?v=7-fLAHD1GWg) – acquired Aug. 21, 2014 | "After Dare, Dude Gets Knocked Out By Single Slap" (http://www.break.com/video/after-dare-dude-gets-knocked-out-by-single-slap-2751078) – posted Aug. 25, 2015 |
| 2. | "Implosion of the Queen Lane Apartment building in Germantown, Philadelphia, PA" | "After Waiting Hours, Stupid Dog Causes Owner To Miss Building's Implosion" (http://www.break.com/video/dog- |

| | (https://www.youtube.com/watch?v=3NzcqTyofnE) – acquired Sept. 15, 2014 | causes-owner-to-miss-buildings-implosion-2758831) – posted Sept. 14, 2015 |
|---|---|---|
| 3. | "Cat playing fetch goes flying in the air" (https://www.youtube.com/watch?v=VyQhVOxYUeE) – acquired Aug. 18, 2014 | "Cats Playing Fetch Are Awesome" (http://www.break.com/video/cats-playing-fetch-are-awesome-2749297) – posted Aug. 20, 2014 |
| 4. | "Laird Hamilton shoots pier on Huge wave - Malibu Lagoon / Surfrider Beach - 8/26/14" (https://www.youtube.com/watch?v=ZPO1zpDqQ8I) – acquired Aug. 28, 2014 | "Crazy Surfer Rides A Wave Under The Pier" (http://www.break.com/video/crazy-surfer-rides-a-wave-under-the-pier-2752279) – posted Aug. 27, 2014 |
| 5. | "Dirt Bike Obstacle Course Fail Launches into Crowd" (http://jukinvideo.com/videos/focus/fails/fly-ktm-2/151/49632); "Dirt Bike Obstacle Course Fail Launches into Crowd (Video 2)" (http://jukinvideo.com/videos/focus/fails/fly-ktm-1/151/49628) – acquired Sept. 8, 2014 | "Dude, Your Dirt Bike Is Flying Away" (http://www.break.com/video/dude-your-dirt-bike-is-flying-away-2758338) – posted Sept. 12, 2014 |
| 6. | "Jetblue flight 1416 9/18/2014" (https://www.youtube.com/watch?v=SPuTOEfzbGE) – | "Footage From Inside A Jetblue Flight That Had An Engine Fire" (http://www.break.com/video/footage- |

COMPLAINT

| | | | |
|---|---|---|---|
| 1 | | acquired Sept. 18, 2014 | from-inside-a-jetblue-flight-on-fire-2762616) – posted Sept. 19, 2014 |
| 3 | 7. | "Iron Stomach Contestant Falls into Pit of Vomit" (http://jukinvideo.com/videos/focus/fails/absolute-carnage-at-the-iron-stomach/151/51181) – acquired Sept. 18, 2014 | "Frat Boy Quits Catfood Eating Contest, Then Falls Into A Vat Of Vomit" (http://www.break.com/video/man-rage-quits-catfood-eating-contest-falls-in-vomit-2760237) – posted Sept. 18, 2014 |
| 9 | 8. | "Mangianza incredibile in 50 cm d" acqua!!" (https://www.youtube.com/watch?v=kI4j1edfSSY) – acquired Aug. 22, 2014 | "Have You Ever Seen This Many Pelicans Diving For Food?" (http://www.break.com/video/have-you-ever-seen-this-many-pelicans-diving-for-food-2751211) – posted Aug. 25, 2015 |
| 14 | 9. | "Cat Wants More Petting" (http://jukinvideo.com/videos/focus/cute/cat-wants-more-petting/149/45074) – acquired August 7, 2014 | "If You Pet This Cat, He'll Pet You Back" (http://www.break.com/video/yuri-the-cheek-stroking-cat-2750932) – posted Aug. 24, 2014 |
| 19 | 10. | "Kanye West Sydney wheelchair misunderstanding" (https://www.youtube.com/watch?v=De_1VKqNoLg) – acquired Sept. 15, 2014 | "Kanye West Makes A Fool Of Himself For Calling Out A Disabled Fan" (http://www.break.com/video/kanye-west-makes-a-fool-of-himself-2759159) – posted Sept. 15, 2014 |
| 24 | 11. | "Cute kitten asks for kisses before nap" (https://www.youtube.com/watch?v=eDpgbytwNmE) – acquired Sept. 2, 2014 | "Kisses Put Kitten To Sleep" (http://www.break.com/video/kisses-put-kitten-to-sleep-2756238) – posted Sept. 6, 2014 |

COMPLAINT

| 12. | "ROCKY the French Bulldog puppy jumping" (https://www.youtube.com/watch?v=-n4XX5nnXhU) – acquired Aug. 19, 2014 | "Meet The Tiny French Bulldog Daredevil Rocky" (http://www.break.com/video/meet-the-tiny-french-bulldog-daredevil-rocky-2749729) – posted Aug. 21, 2014 |
| --- | --- | --- |
| 13. | "5Club MX5 Cup Silverstone International 2014 Race 2 – Start" (https://www.youtube.com/watch?v=a6iO3TQjXp4) – acquired Aug. 26, 2014 | "Race Car Driver Gets Owned By The Hand Of Another Driver" (http://www.break.com/video/race-car-driver-pushes-rear-view-mirror-during-race-2751558) – posted Aug. 26, 2014 |
| 14. | "Spoiled rotten" (https://www.youtube.com/watch?v=sOmKpQeqw6U) – acquired Sept. 7, 2014 | "Spoiled Great Dane Is So Very Jealous" (http://www.break.com/video/spoiled-great-dane-is-so-very-jealous-2756339) – posted Sept. 7, 2014 |
| 15. | "Slippery Squirrel" (https://www.youtube.com/watch?v=O9-rE5RBZvU) – acquired Aug. 18, 2014 | "Squirrel Problem? Nothing Some Vaseline Can't Fix" (http://www.break.com/video/squirrel-vaseline-climbing-2748973) – posted Aug. 20, 2014 |
| 16. | "A tiger is on a moving car in Everland safari, Korea 에버랜드 사파리 호랑이" (https://www.youtube.com/watch?v=GyRYu8UkTqY) – acquired Sept. 8, 2014 | "Taking The Tiger For A Drive" (http://www.break.com/video/taking-the-tiger-for-a-drive-2757090) – posted Sept. 9, 2014 |
| 17. | "The best dancer I've ever seen." | "The Best Dancer At The Wedding" (http://www.break.com/video/the-best- |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

|  |  |  |
|---|---|---|
|  | (https://www.youtube.com/watch?v=WOSBRKTgIrw) – acquired Sept. 7, 2014 | dancer-at-the-wedding-2756699) – posted Sept. 8, 2014 |
| 18. | "Day in the life of a pizza tool" (https://www.youtube.com/watch?v=YW7Lddj471w) – acquired Aug. 22, 2014 | "The Mesmerizing Life Of A Pizza Tool" (http://www.break.com/video/the-mesmerizing-life-of-a-pizza-tool-2749386) – posted Aug. 23, 2014 |
| 19. | "Dog Duane Reade Adventure (feat. Marnie the Dog)" (https://www.youtube.com/watch?v=Ljm4Uv0KCSQ) – acquired Sept. 6, 2014 | "The Most Adorable Dog You'll See Today" (http://www.break.com/video/the-most-adorable-dog-youll-see-today-2756234) – posted Sept. 7, 2014 |
| 20. | "2013 Hyundai Genesis Coupe Drift Crash POV" (https://www.youtube.com/watch?v=5d4aDyWZvho) – acquired Sept. 9, 2014 | "There's Drifting And Then There's Crashing" (http://www.break.com/video/there-s-drifting-and-then-there-s-crashing-2759947) – posted Sept. 17, 2014 |
| 21. | BEST FREESTYLE EVER "Maximum Destruction Orlando 2012 INSANE **BEST VIEW** Monster Jam" (https://www.youtube.com/watch?v=bNqpqPc7qEA) – acquired Sept. 15, 2014 | "They Call This Monster Truck Freestyle" (http://www.break.com/video/they-call-this-monster-truck-freestyle-2759129) – posted Sept. 15, 2014 |
| 22. | "Cheese Rolling Crash" (https://www.youtube.com/watch?v=OW2108LQ63U) – | "This Is One Of The Most Spectacular Faceplants Ever Seen" (http://www.break.com/video/most- |

45

| | | |
|---|---|---|
| | acquired Aug. 23, 2014 | spectacular-faceplants-ever-seen-2751203) – posted Aug. 25, 2014 |
| 23. | "Waiting in Line at the Post Office" (https://www.youtube.com/watch?v=tb3v9crm3k8) – acquired Sept. 16, 2014 | "This Is What Happens When You Wait Too Long At The Post Office" (http://www.break.com/video/wait-too-long-at-the-post-office-2759532) – posted Sept. 16, 2014 |
| 24. | "Blowing air in my baby girl's face" (https://www.youtube.com/watch?v=LXmbMV2Tqzw) – acquired Sept. 15, 2014 | "This Kid Is Blown Away, Literally" (http://www.break.com/video/this-kid-is-blown-away-literally-2759546) – posted Sept. 16, 2014 |
| 25. | "Energetic roofer can't help but samba when Latino music beats" (https://www.youtube.com/watch?v=dWnhSJZ6L58) – acquired Aug. 26, 2014 | "This Man May Be The Happiest Roofer In America" (http://www.break.com/video/this-man-may-be-the-happiest-roofer-in-america-2752094) – posted Aug. 27, 2014 |
| 26. | "College Students Mauled By Praying Mantis" (https://www.youtube.com/watch?v=yueMhuEdHJ0) – acquired Sept. 11, 2014 | "This Man Shrieks Like A Banshee At A Praying Mantis Attack" (http://www.break.com/video/praying-mantis-attacks-college-student-2759156) – posted Sept. 15, 2014 |
| 27. | "fox takes dogs toy" (https://www.youtube.com/watch?v=sdXTO0pR2zM) – acquired Aug. 18, 2014 | "This Poor Dog Is Losing His Mind Over A Fox Stealing His Toy" (http://www.break.com/video/foxloves-dog-toys-2748828) – posted Aug. 19, 2014 |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

46

COMPLAINT

| 28. | "Freak Basketball Shot Saves Aussie Dad Millions Of Dollars" (https://www.youtube.com/watch?v=ockP1W_UXOE) – acquired Sept. 6, 2014 | "Watch This Dad Secure His Financial Freedom With An Amazing Basketball Shot" (http://www.break.com/video/dad-wins-bet-with-amazing-basketball-shot-2756197) – posted Sept. 6, 2014 |
| 29. | "This is why you don't throw gum outside. (With a three-year-old's commentary.) Hummingbird rescued!" (https://www.youtube.com/watch?v=wI7eNpHJe90) – acquired Sept. 14, 2015 | "Watch Where You Toss Your Gum, You Might Snag A Hummingbird" (http://www.break.com/video/hummingbird-rescued-from-some-gum-2759143) – posted Sept. 15, 2014 |
| 30. | "Radical big crash Spa 06 sep 2014" (https://www.youtube.com/watch?v=nyIQNM-1hUc) – acquired Sept. 10, 2014 | "Whoever Filmed This Race Crash Has Ice In His Veins" (http://www.break.com/video/whoever-filmed-this-race-crash-has-ice-in-his-veins-2757398) – posted Sept. 10, 2014 |
| 31. | "Хочешь меня?" (https://www.youtube.com/watch?v=Wbw5jZmbAqk) – acquired Aug. 22, 2014 | "You Have No Authority To Question The Cat" (http://www.break.com/video/you-have-no-authority-to-question-the-cat-2751219) – posted Aug. 25, 2014 |
| 32. | "Nate's Firepole Fail" (https://www.youtube.com/watch?v=32nkdvLq3oQ) – acquired Sept. 10, 2014 | "Fire Pole Fail? This Kid Don't Care" (http://www.break.com/video/fire-pole-fail-this-kid-don-t-care-2763605) – posted Sept. 22, 2014 |
| 33. | "Motorcycle Catches on Fire" | "A Good Sign You Don't Deserve A |

47

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

|  | | |
|---|---|---|
|  | (http://jukinvideo.com/videos/focus/fails/rupter-jusquau-feu/151/51642) – acquired Sept. 20, 2014 | Motorcycle" (http://www.break.com/video/a-good-sign-you-don-t-deserve-a-motorcycle-2764787) – posted Sept. 25, 2014 |
| 34. | "新入り子猫と鬼ごっこして背後を取られる先住猫(Tag of cat)" (https://www.youtube.com/watch?v=pQ_Qa-feArg) – acquired Sept. 17, 2014 | "Cat And Kitten Bust Out A Game Of Tag" (http://www.break.com/video/cat-and-kitten-bust-out-a-game-of-tag-2762636) – posted Sept. 19, 2014 |
| 35. | "Clever dog tricked me into playing a game of fetch" (https://www.youtube.com/watch?v=V46ebqiAWm8) – acquired Sept. 28, 2014 | "Dog Tricks People Walking By Into Playing Fetch" (http://www.break.com/video/dog-tricks-people-walking-by-into-playing-fetch-2765878) – posted Sept. 29, 2014 |
| 36. | "BAIL! BAIL! BAIL!" (https://www.youtube.com/watch?v=nDbFSXNG5eU) – acquired Sept. 18, 2014 | "Dude Fails To Bail On Doomed Ride, Pays The Price" (http://www.break.com/video/dude-fails-to-bail-on-doomed-ride-pays-the-price-2765777) – posted Sept. 29, 2014 |
| 37. | "You poked my heart......" (https://www.youtube.com/watch?v=3sKdDyyanGk) – acquired Sept. 25, 2014 | "Everyone Hates A Poke In The Heart" (http://www.break.com/video/everyone-hates-a-poke-in-the-heart-2764670) – posted Sept. 25, 2014 |
| 38. | "ORIGINAL deadlift passout video 329" (https://www.youtube.com/watch?v=k8RcDb_wZfQ) – | "Exercise Isn't Always Good For The Body" (http://www.break.com/video/exercise-isnt-always-good-for-the-body-2762657) |

| | | |
|---|---|---|
| | acquired May 16, 2011 | – posted Sept. 21, 2014 |
| 39. | "Baseball Mascot "Eats" Player" (http://jukinvideo.com/videos/focus/comedy/i-like-this-becoues-it-so-funniest-one-ever/148/46814) – acquired Sept. 9, 2014 | "Fish Mascot Swallows Ball Boy" (http://www.break.com/video/fish-mascot-swallows-ball-boy-2764763) – posted Sept. 25, 2014 |
| 40. | "A Cabra mais famosa do alto Minho ! lol" (https://www.youtube.com/watch?v=EZt2jF6hpjI) – acquired Sept. 25, 2014 | "If You Show Weakness To A Goat, He'll Walk All Over You" (http://www.break.com/video/goat-stands-on-workers-back-2765422) – posted Sept. 27, 2014 |
| 41. | "Tree crushes Nissan Leaf" (https://www.youtube.com/watch?v=5YaS0w4EXTY) – acquired Sept. 19, 2014 | "Nature Hates The Nissan Leaf" (http://www.break.com/video/nature-hates-the-nissan-leaf-2763587) – posted Sept. 22, 2014 |
| 42. | "PUPPY ROLLS DOWN HILL ON PURPOSE" (https://www.youtube.com/watch?v=DVefdkqOkp8) – acquired Sept. 17, 2014 | "Signs You Have A Lazy Puppy" (http://www.break.com/video/signs-you-have-a-lazy-puppy-2762647) – posted Sept. 20, 2014 |
| 43. | "Ice bucket challenge my dog \| FUNNY \|" (https://www.youtube.com/watch?v=oIxendoZ53U) – acquired Sept. 22, 2014 | "The Final, Final Ice Bucket Challenge Video" (https://www.youtube.com/watch?v=oIxendoZ53U) – posted Sept. 23, 2014 |
| 44. | "Car Runs Red Light in Front | "The Red Light Karma Police Are |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

49

| | | |
|---|---|---|
| | of Police Officer" (http://jukinvideo.com/videos/focus/fails/fail-of-the-year-contender/151/51088) – acquired Sept. 17, 2014 | Parked On Your Left" (http://www.break.com/video/the-red-light-karma-police-are-parked-on-your-left-2764757) – posted Sept. 25, 2014 |
| 45. | "Twins - Why breakfast takes longer time to prepare" (https://www.youtube.com/watch?v=iI6whvQz1jc) – acquired Sept. 24, 2014 | "Too Many Babies In The Fridge" (http://www.break.com/video/too-many-babies-in-the-fridge-2765883) – posted Sept. 29, 2014 |
| 46. | "FrogTV" (https://www.youtube.com/watch?v=pHfD3QYDUAI) – acquired Sept. 22, 2014 | "Worms Is The #1 Viral Video In Frogtown" (http://www.break.com/video/worms-is-the-1-viral-video-in-frogtown-2763594) – posted Sept. 22, 2014 |
| 47. | "Longboarding Racer Shoved into Barrier" (http://jukinvideo.com/videos/focus/comedy/longboarder-gets-shoved-into-barrier/148/50126) – acquired Aug. 14, 2014 | "Worst Friends Ever: A Compilation" (http://www.break.com/video/worst-friends-ever-a-compilation-2763965) – posted Sept. 23, 2014 |
| 48. | "Cliff Jumper Pushed Off Cliff" (http://jukinvideo.com/videos/focus/comedy/cliff-jump-fail-in-arcadia-chantry-flats-hermit-falls/148/45802) – acquired Aug. 13, 2014 | "Worst Friends Ever: A Compilation" (http://www.break.com/video/worst-friends-ever-a-compilation-2763965) – posted Sept. 23, 2014 |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

COMPLAINT

| | | |
|---|---|---|
| 49. | "Mini ATV Crashes into Little Boy" (http://jukinvideo.com/videos/focus/kids/2_years_old_atv_crash/159/45163) – acquired Aug. 13, 2014 | "Worst Friends Ever: A Compilation" (http://www.break.com/video/worst-friends-ever-a-compilation-2763965) – posted Sept. 23, 2014 |
| 50. | "Roman Candle Sneak Attack Fail" (http://jukinvideo.com/videos/focus/pranks/roman-candle-fail/168/44776) – acquired Aug. 8, 2014 | "Worst Friends Ever: A Compilation" (http://www.break.com/video/worst-friends-ever-a-compilation-2763965) – posted Sept. 23, 2014 |
| 51. | "Backflip Off Shoulders Faceplant" (http://jukinvideo.com/videos/focus/fails/epic-backflip-fail1/151/44280) – acquired Aug. 3, 2014 | "Worst Friends Ever: A Compilation" (http://www.break.com/video/worst-friends-ever-a-compilation-2763965) – posted Sept. 23, 2014 |
| 52. | "Spiderman Rope Swing Double Fail" (http://jukinvideo.com/videos/focus/fails/rope-swing-fail/151/1063) – acquired June 6, 2011 | "Worst Friends Ever: A Compilation" (http://www.break.com/video/worst-friends-ever-a-compilation-2763965) – posted Sept. 23, 2014 |
| 53. | "GoPro Desert Jump Falls On Friend" (http://jukinvideo.com/videos/focus/comedy/gopro_clip_of_ep | "Worst Friends Ever: A Compilation" (http://www.break.com/video/worst-friends-ever-a-compilation-2763965) – posted Sept. 23, 2014 |

COMPLAINT

| | | |
|---|---|---|
| | ic_bicycle_fail_on_nra_pit_in_arizona_28gopro_hero_32B_blac/148/39378) – acquired June 11, 2014 | |
| 54. | "Teenage Friends Trapped in Icy Pond" (http://jukinvideo.com/videos/focus/comedy/teenagers_trapped_in_icy_pond/148/37607) – acquired May 21, 2014 | "Worst Friends Ever: A Compilation" (http://www.break.com/video/worst-friends-ever-a-compilation-2763965) – posted Sept. 23, 2014 |
| 55. | "Friend Gets Dropped from Staircase" (http://jukinvideo.com/videos/focus/comedy/ouch-edit/148/38499) – acquired May 26, 2014 | "Worst Friends Ever: A Compilation" (http://www.break.com/video/worst-friends-ever-a-compilation-2763965) – posted Sept. 23, 2014 |
| 56. | "Friends Slip on Ice" (http://jukinvideo.com/videos/focus/comedy/hilarious-ice-slip/148/30891) – acquired Nov. 11, 2013 | "Worst Friends Ever: A Compilation" (http://www.break.com/video/worst-friends-ever-a-compilation-2763965) – posted Sept. 23, 2014 |
| 57. | "Pass Out by Tickling" (http://jukinvideo.com/videos/focus/comedy/dude-passes-out-by-being-tickled-original/148/30139) – acquired Feb. 13, 2014 | "Worst Friends Ever: A Compilation" (http://www.break.com/video/worst-friends-ever-a-compilation-2763965) – posted Sept. 23, 2014 |
| 58. | "Puppy falls asleep during his | "Pup Falls Asleep During His First |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

COMPLAINT

| | | |
|---|---|---|
| | first bath" (https://www.youtube.com/watch?v=WqREpomy7Mg) – acquired Oct. 26, 2014 | Bath" (http://www.break.com/video/pup-falls-asleep-during-his-first-bath-2772649) – posted Sept. 30, 2014 |
| 59. | "Alfred wants his beer" (https://www.youtube.com/watch?v=saB6nTVQ2sA) – acquired Oct. 1, 2013 | "Go Home Cat, You're Drunk" (http://www.break.com/video/go-home-cat-you-re-drunk-2773416) – posted Oct. 2, 2014 |
| 60. | "Funniest slingshot video ever boy faints 3 times" (https://www.youtube.com/watch?v=kkRYo80sPVc) – acquired Oct. 2, 2014 | "How Many Times Can You Pass Out On The Slingshot?" (http://www.break.com/video/the-slingshot-claims-another-victim-2773145) – posted Oct. 1, 2014 |
| 61. | "Погоня Киров" (https://www.youtube.com/watch?v=RYRhRZUBhUY) – acquired Oct. 4, 2014 | "Russian Cop Hijacks A Car For High Speed Chase" (http://www.break.com/video/russian-cop-hijacks-a-car-for-high-speed-chase-2774953) – posted Oct. 7, 2014 |
| 62. | "Deer having bottle in the kitchen" (https://www.youtube.com/watch?v=2Pbp3UjCYRc) – acquired Oct. 18, 2014 | "Bottle Feeding A Wild Deer In The Kitchen" (http://www.break.com/video/bottle-feeding-a-wild-deer-in-the-kitchen-2775625) – posted Oct. 9, 2014 |
| 63. | "Baby epic fail" (https://www.youtube.com/watch?v=sEPH_bc8v6E) – acquired March 28, 2014 | "Baby vs Mirror" (http://www.break.com/video/baby-vs-mirror-2775317) – posted Oct. 8, 2014 |
| 64. | "Paragliding vs Eagle | "Vulture Takes Out Paraglider" |

| | | |
|---|---|---|
| | (original) / Параплан против орла" (https://www.youtube.com/watch?v=N65ALqiBW_o) – acquired Dec. 6, 2011 | (http://www.break.com/video/vulture-takes-out-paraglider-2775282) – posted Oct. 8, 2014 |
| 65. | "KoalasFight.AVI" (https://www.youtube.com/watch?v=PCcZa7MvOug) – acquired Oct. 8, 2014 | "Koala Fights Look A Lot Like Professional MMA Fights" (http://www.break.com/video/koala-fights-look-a-lot-like-mma-fights-2776054) – posted Oct. 10, 2014 |
| 66. | "Squirt getting ready for the Sheena X Sperience LA Talk Radio Show" (https://www.youtube.com/watch?v=FavZz6fjUD8) – acquired Oct. 8, 2014 | "That's One Clean Monkey" (http://www.break.com/video/that-s-one-clean-monkey-2776055) – posted Oct. 11, 2014 |
| 67. | "Jaz - Z y Beyonce pelea turista" (https://www.youtube.com/watch?v=Vdns1RMkc-U) – acquired Oct. 9, 2014 | "Tourist Doesn't Care That Jay-Z And Beyonce Are At The Louvre" (http://www.break.com/video/paul-doesn-t-know-jay-z-2776053) – posted Oct. 10, 2014 |
| 68. | "Elder Gus Garcia, Mormon Missionary, Holding His Own Break Dancing" (https://www.youtube.com/watch?v=jGLJuL49zYE) – acquired Oct. 13, 2014 | "Mormon Missionary Has Dance Off With Street Performer" (http://www.break.com/video/ugc/mormon-missionary-has-dance-off-with-street-performer-2777508) – posted Oct. 15, 2014 |
| 69. | "THE PRETENTIOUS | "Possibly The Best Pregnancy |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | PRESENTATION OF THE UTERINE INHABITANT" (https://www.youtube.com/watch?v=au5K4ItDODU) – acquired Oct. 13, 2014 | Announcement Ever" (http://www.break.com/video/possibly-the-best-pregnancy-announcement-ever-2778214) – posted Oct. 17, 2014 |
| 70. | "old man knocks down boxer" (https://www.youtube.com/watch?v=h7tHWa1Zr9s&feature=youtu.be) – acquired Oct. 19, 2014 | "Old Man Beats The Crap Out Of Young Hippie" (http://www.break.com/video/old-man-beats-the-crap-out-of-young-hippie-2778620) – posted Oct. 18, 2014 |
| 71. | "Kelly Slater Lands a 540 in Peniche October 17 2014" (https://www.youtube.com/watch?v=jaRwyHnd81Q) – acquired Oct. 17, 2014 | "Kelly Slater Just Landed An Insane 540" (http://www.break.com/video/kelly-slater-just-landed-an-insane-540-2778275) – posted Oct. 17, 2014 |
| 72. | "I Almost Got Struck By Lightning" (https://www.youtube.com/watch?v=Egg9kCPz4PY) – acquired Oct. 14, 2014 | "You Don't Want To Be This Close To Lightning" (http://www.break.com/video/you-don-t-want-to-be-this-close-to-lightning-2778272) – posted Oct. 17, 2014 |
| 73. | "Girl and boyfriend curse at driver, only for the driver to rear end them." (https://www.youtube.com/watch?v=L-qvEgF12OA) – acquired Oct. 17, 2014 | "Russians Have A Dangerous Way Of Passing" (http://www.break.com/video/russians-have-a-dangerous-way-of-passing-2778934) – posted Oct. 20, 2014 |
| 74. | "Obedient Bear" (https://www.youtube.com/wat | "The Most Obedient Bear In The Woods" |

55

| | | |
|---|---|---|
| | ch?v=vSlejG7FC_Y) – acquired Oct. 22, 2014 | (http://www.break.com/video/the-most-obedient-bear-in-the-woods-2780443) – posted Oct. 25, 2014 |
| 75. | "広角:Wide-anngle｜鳳凰乱舞 2014 こうのす花火大会 正四尺玉 world's heaviest fireworkshell.Konosu city. Saitama,Japan" (https://www.youtube.com/watch?v=eY7_2Qo-MBI) – acquired Oct. 24, 2014 | "The Most Incredible Fireworks Display Ever Produced" (http://www.break.com/video/the-most-incredible-fireworks-display-ever-produced-2780438) – posted Oct. 24, 2014 |
| 76. | "Glow stick blows up in kid's face" (https://www.youtube.com/watch?v=iRUSQm5ZskQ) – acquired Nov. 9, 2014 | "Ding-a-Ling Doesn't Listen To Dad, Ruins Beautiful Shirt, Almost Goes Blind" (http://www.break.com/video/ding-a-ling-glowstick-in-microwave-explodes-in-eyes-2785151) – posted Nov. 10, 2014 |
| 77. | "Master Splinter" (https://www.youtube.com/watch?v=TV9AYFurwco) – acquired Oct. 27, 2014 | "Dude Crashes Skateboard, Suffers Biggest Splinter Imaginable" (http://www.break.com/video/dude-crashes-skateboard-suffers-biggest-splinter-2781313) – posted Oct. 28, 2014 |
| 78. | "Homemade Speed Boat from Thailand" (https://www.youtube.com/watch?v=ybpdNcMPs8s&feature= | "The Insanity Of A Thai Motorboat" (http://www.break.com/video/the-insanity-of-a-thai-motorboat-2781093) – posted Oct. 27, 2014 |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

56

| | | |
|---|---|---|
| | youtu.be) – acquired Oct. 24, 2014 | |
| 79. | "Goat says what what" (https://www.youtube.com/watch?v=IQLRwEwfbCI) – acquired Oct. 27, 2014 | "Goat Gives You A What What" (http://www.break.com/video/goat-gives-you-a-what-what-2781814) – posted Oct. 29, 2014 |
| 80. | "Official StratEx Launch Video WORLD RECORD" (https://www.youtube.com/watch?v=WTXazPBdICM) – acquired Oct. 29, 2014 | "Google Exec Breaks The Space Dive Record" (http://www.break.com/video/google-exec-breaks-the-space-dive-record-2781094) – posted Oct. 27, 2014 |
| 81. | "The blues dog" (https://www.youtube.com/watch?v=l6FvyLdNG6Y) – acquired Nov. 3, 2014 | "This Blues Dog Has Nearly Perfect Pitch" (http://www.break.com/video/dog-has-nearly-perfect-pitch-2783244) – posted Nov. 3, 2014 |
| 82. | "Meteor explosion Milky Way Timelapse" (https://www.youtube.com/watch?v=-EVeGwe3TJc) – acquired Nov. 1, 2014 | "Time Lapse Footage Of A Meteor Breaking Up In The Atmosphere" (http://www.break.com/video/time-lapse-of-a-meteor-breaking-up-in-the-atmosphere-2783258) – posted Nov. 3, 2014 |
| 83. | "Dev Turnanın Erken Firarı" (https://www.youtube.com/watch?v=Q4YeSJJbS3Q" – acquired Oct. 30, 2014 | "How Not To Show Off Your Trophy Catch" (http://www.break.com/video/how-not-to-show-off-your-trophy-catch-2782478) – posted Nov. 1, 2014 |
| 84. | "Parking in Tambov. Accident" | "Another Typical Parking Attempt In |

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

57

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=hH5cIkAqp7I) – acquired Nov. 3, 2014 | Russia" (http://www.break.com/video/parking-attempt-in-russia-2782422) – posted Oct. 31, 2014 |
| 85. | "Longboard - acidente de percurso." (https://www.youtube.com/watch?v=79iLB36t4yI) – acquired Nov. 3, 2014 | "Selfie And A Wipe Out" (http://www.break.com/video/selfie-and-a-wipe-out-2782193) – posted Oct. 30, 2014 |
| 86. | "Buster Raccoon does not like the cold weather..... He needs some motivation to wake up......" (https://www.youtube.com/watch?v=xRKNp2cy38w) – acquired Nov. 5, 2014 | "You Can't Wake A Lazy Raccoon" (http://www.break.com/video/you-can-t-wake-a-lazy-raccoon-2784250) – posted Nov. 6, 2014 |
| 87. | "Make Your Own Sparkling Wine - Brilliant Idea Busted" (https://www.youtube.com/watch?v=bITUjh6pWkc) – acquired Nov. 6, 2014 | "Fail! Poor Kid Attempted To Make Sparkling Wine With A SodaStream Machine" (http://www.break.com/video/kid-tries-to-make-sparkling-wine-with-sodastream-2784136) – posted Nov. 6, 2014 |
| 88. | "BatDad Vine Compilation 9" (https://www.youtube.com/watch?v=fSY1wNK1kY8) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| 89. | "Party Hard" | "Bat Dad Is The Father You Deserved" |

COMPLAINT

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=6NJOpaMsBjE) – acquired Sept. 24, 2013 | (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| 90. | "When You Were Drinking Beard" (https://www.youtube.com/watch?v=nsW7hzMnz2c) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| 91. | "Bat Fairy" (https://www.youtube.com/watch?v=tHe3S_V0P5k) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| 92. | "This happens a lot too..." (https://www.youtube.com/watch?v=uvbCvqQT4Zs) – acquired Sept. 24,, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| 93. | "Squeaky wanted to do the dishes" (https://www.youtube.com/watch?v=3gJkiCr094k) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| 94. | "Hello Kitty "Mingo"" (https://www.youtube.com/watch?v=rjQ_vWy8ENU) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| 95. | "Lucy" (https://www.youtube.com/watch?v=NBcRH5ly5vo) – | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – |

COMPLAINT

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | acquired Sept. 24, 2013 | posted Oct. 26, 2014 |
| 96. | "Homework" (https://www.youtube.com/watch?v=47i6UmQ1im0) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| 97. | "Double Dipping" (https://www.youtube.com/watch?v=4nY6Zu0dLBY) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| 98. | "Cloaking Device" (https://www.youtube.com/watch?v=ND_VZssyhAg) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| 99. | "That's not what I meant..." (https://www.youtube.com/watch?v=GnZre5MLuc4) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| 100. | "Not in this house" (https://www.youtube.com/watch?v=K65YiziDxgE) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| 101. | "Snack" (https://www.youtube.com/watch?v=4uaSl36fqdk) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| 102. | "Shopping with JEN" (https://www.youtube.com/wat | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is- |

COMPLAINT

| | | |
|---|---|---|
| | ch?v=x6Dxk3g2Vfw) – acquired Sept. 24, 2013 | the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| 103. | "JEN" (https://www.youtube.com/watch?v=U0s9lPwhWII) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| 104. | "JEN didn't save any chocolate sauce" (https://www.youtube.com/watch?v=vOckyhkbDI0) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| 105. | "Don't worry Uncle Rob, she's new to the neighborhood" (https://www.youtube.com/watch?v=DbS9DZBO_s8) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| 106. | "BatDad and Uncle Rob" (https://www.youtube.com/watch?v=FubIbEZrWAA) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| 107. | "JEN ! That's Uncle Rob's Job!" (https://www.youtube.com/watch?v=FYS0OFAP7Sw) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| 108. | "Neighborhood watch with Uncle Rob (he does his own stunts)" | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

COMPLAINT

| | | | |
|---|---|---|---|
| | | (https://www.youtube.com/watch?v=SC-Fgfc5FD8) – acquired Sept. 24, 2013 | posted Oct. 26, 2014 |
| | 109. | "Is that a yes?" (https://www.youtube.com/watch?v=LDce7NhYDYI) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| | 110. | "Nice shot!" (https://www.youtube.com/watch?v=B5fj98qYU0E) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| | 111. | "He kept taking the iPod from Sienna" (https://www.youtube.com/watch?v=DIZf7ZZ_3g4) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| | 112. | "He didn't like my singing" (https://www.youtube.com/watch?v=gJ5eRkYYSHg) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| | 113. | "Crate training" (https://www.youtube.com/watch?v=HNuz1VtsOaY) – acquired Sept. 24, 2013 | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |
| | 114. | "Friday morning/Friday afternoon #WOOHOO" (https://www.youtube.com/watch?v=YDb-LI_2EEk) – | "Bat Dad Is The Father You Deserved" (http://www.break.com/video/bat-dad-is-the-father-you-deserved-2780463) – posted Oct. 26, 2014 |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

62

| | | acquired Sept. 24, 2013 | |
|---|---|---|---|
| | 115. | "Stevothemadman Sketch goes wrong plastic guns.. (Armed police)" (https://www.youtube.com/watch?v=6y_q3S1dnYw) – acquired Dec. 2, 2014 | "Pranksters Attempting To Film Robbery Sketch Get Ambushed By Real Cops" (http://www.break.com/video/pranksters-attempt-robbery-sketch-ambushed-by-cops-2792387) – posted Dec. 2, 2014 |
| | 116. | "Definition of teamwork" (www.youtube.com/watch?v=J1JF3wGjXiA) – acquired Nov. 28, 2014 | "Be In Awe Of These Sledge Hammer Men" (http://www.break.com/video/be-in-awe-of-these-sledge-hammer-men-2792479) – posted Dec. 2, 2014 |
| | 117. | "Marine with road rage threaten mother with her kids in the car" (https://www.youtube.com/watch?v=s4e_hLLQ5Zw) – acquired Nov. 28, 2014 | "Badass Lady Doesn't Back Down Against Disrespectful Marine In Road Rage Incident" (http://www.break.com/video/road-rage-video-lady-doesnt-back-down-vs-marine-2791323) – posted Nov. 27, 2014 |
| | 118. | "White deer spotted at Fr. Hennepin State Park" (www.youtube.com/watch?v=1XqRgndFeXE) – acquired Nov. 24, 2014 | "Check Out This Very Rare White Deer" (http://www.break.com/video/check-out-this-very-rare-white-deer-2791113) – posted Nov. 28, 2014 |
| | 119. | "Cat trap." (https://www.youtube.com/watch?v=YApmmxkXF6Y) – acquired Nov. 18, 2014 | "Cat Traps Are Pretty Easy To Make" (http://www.break.com/video/cat-traps-are-pretty-easy-to-make-2790676) – posted Nov. 25, 2014 |
| | 120. | "Slo mo destruction at carrer de Llull" | "Don't You Hate It When Buildings Collapse On Your Car?" |

COMPLAINT

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=-_FXo1JqMEA) – acquired Nov. 18, 2014 | (http://www.break.com/video/don-t-you-hate-when-buildings-collapse-on-your-car-2790635) – posted Nov. 25, 2014 |
| 121. | "Epic London Underground Ping Pong Battle" (https://www.youtube.com/watch?v=7VBI9C6-x8A) – acquired Nov. 24, 2014 | "Ping Vs Pong In The Subway" (http://www.break.com/video/ping-vs-pong-in-the-subway-2790630) – posted Nov. 25, 2014 |
| 122. | "Aaah! VR too spooky." (https://www.youtube.com/watch?v=70Vrww78at0) – acquired Jan. 8, 2015 | "The Oculus Rift Is Crazy Realistic" (http://www.break.com/video/the-oculus-rift-is-crazy-realistic-2805289) – posted Jan. 9, 2015 |
| 123. | "How To Catch Piranhas With Chunks Of Meat" (http://www.youtube.com/watch?v=mJCPrrec4pg) – acquired July 28, 2014 | "Poles? Don't Need No Poles For Piranha Fishing" (http://www.break.com/video/poles-don-t-need-no-poles-for-piranha-fishing-2804850) – posted Jan. 8, 2015 |
| 124. | "Putokan blues dami ko tawa dito........" (http://www.youtube.com/watch?v=C-3W9auLzvY) – acquired Jan. 5, 2015 | "Is That How The Balloon Game Is Supposed To Work?" (http://www.break.com/video/is-that-how-the-balloon-game-is-supposed-to-work-2804832) – posted Jan. 8, 2015 |
| 125. | "Chief Sealth vs Garfield HS highlight" (https://www.youtube.com/watch?v=EwreWBtdmY4) – acquired Jan. 8, 2015 | "Oh My Goodness! This High Schooler Got Ridiculous Air On Alley-oop Dunk" (http://www.break.com/video/hafid-yassin-dunk-video-alley-oop-for-chief-sealth-2804665) – posted Jan. 8, 2015 |
| 126. | "Inside The Inferno: Adelaide | "Fire From The Firefighter's POV" |

COMPLAINT

| | | |
|---|---|---|
| | Hills Ablaze, a Firefighter's Perspective." (http://www.youtube.com/watch?v=ALPStjWN9TY) – acquired Jan. 5, 2015 | (http://www.break.com/video/the-firefighter-s-pov-2803992) – posted Jan. 6, 2015 |
| 127. | "Fast flickering tongue" (http://www.youtube.com/watch?v=Fbk86T-E7uo) – acquired Jan. 6, 2015 | "What This Girl Can Do With Her Tongue Will Make All People Want To Marry Her" (http://www.break.com/video/girl-with-lizard-tongue-flickering-tongue-2803468) – posted Jan. 5, 2015 |
| 128. | "Great Dane Too Big for Bed" (http://www.youtube.com/watch?v=JQGC3ppdP3k) – acquired Dec. 29, 2014 | "Big Dog Vs Little Bed" (http://www.break.com/video/big-dog-vs-little-bed-2802754) – posted Jan. 4, 2015 |
| 129. | "Car at Petrol Station" (http://www.youtube.com/watch?v=2-2nm55XNxE) – acquired July 21, 2014 | "The Case Of The Missing Gas Cap" (http://www.break.com/video/the-case-of-the-missing-gas-cap-2801834) – posted Dec. 30, 2014 |
| 130. | "I'm telling on you" (http://www.youtube.com/watch?v=0FK3mxoMXJc) – acquired Jan. 28, 2015 | "This Is How Crafty Dogs Get Out Of Trouble" (http://www.break.com/video/this-is-how-crafty-dogs-get-out-of-trouble-2801447) – posted Dec. 29, 2014 |
| 131. | "Motorcycle Trainee Crashes doing U-Turn" (http://www.youtube.com/watch?v=n8BRsP4cwac) – acquired | "U-Turn, U-Crash" (http://www.break.com/video/u-turn-through-a-fence-2812793) – posted Jan. 28, 2015 |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

COMPLAINT

| | | Jan. 19, 2015 | |
|---|---|---|---|
| | 132. | "Cat Punishes Bad Singer" (http://www.youtube.com/watch?v=SdBLgrp0VWo) – acquired Jan. 26, 2015 | "Cat Had A Perfect Answer To Chick's Bad Singing" (http://www.break.com/video/cat-has-perfect-answer-to-chicks-singing-2811980) – posted Jan. 26, 2015 |
| | 133. | "Guy Tricked into Getting Stuck on Pole" (http://www.youtube.com/watch?v=sZC1Op7eKqg) – acquired Jan. 26, 2015 | "How To Stick Someone To A Lamp Post" (http://www.break.com/video/how-to-stick-someone-to-a-lamp-post-2811854) – posted Jan. 26, 2015 |
| | 134. | "Guy Pops Champagne Bottle with Butt" (http://www.youtube.com/watch?v=m1PnDWyAxRM) – acquired Jan. 26, 2015 | "This Man Demonstrates The Most Pleasurable Way To Open A Beer Bottle" (http://www.break.com/video/man-open-beer-bottle-with-his-butt-pop-sound-2811742) – posted Jan. 26, 2015 |
| | 135. | "Dad Gets Angry over Hidden Chili in Dinner" (http://www.youtube.com/watch?v=AWxzMO3yI9c) – acquired Jan. 23, 2015 | "Dad Is Not A Fan Of Hot Peppers Hidden In His Dinner" (http://www.break.com/video/dad-is-not-a-fan-of-hot-peppers-hidden-in-his-dinner-2810935) – posted Jan. 25, 2015 |
| | 136. | "Dad Gets Angry over Hidden Chili in Dinner" (http://www.youtube.com/watch?v=AWxzMO3yI9c) – acquired Jan. 23, 2015 | "Bring Your Dog To The Beach, You Might Catch A Seal" (http://www.break.com/video/seal-and-dog-are-friends-2810934) – posted Jan. 25, 2015 |
| | 137. | "Roof Collapses while | "Nothing Beats A Dummy Using A |

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

|  |  |  |
|---|---|---|
|  | Construction Work Stands on it" (http://www.youtube.com/watch?v=pNuD4j0m2Qk) – acquired Jan. 17, 2015 | Chainsaw" (http://www.break.com/video/nothing-beats-a-dummy-using-a-chainsaw-2810831) – posted Jan. 23, 2015 |
| 138. | "Model Falls off Stripper Pole during Photoshoot" (http://www.youtube.com/watch?v=j0xZs18Pow0) – acquired Jan. 19, 2015 | "What Goes Up The Stripper Pole Must Come Down The Stripper Pole" (http://www.break.com/video/slipping-on-the-stripper-pole-2810309) – posted Jan. 22, 2015 |
| 139. | "Ed sheer-chins live lounge set part 2" (http://www.youtube.com/watch?v=nZfz2dPbgcU) – acquired Jan. 26, 2015 | "Thinking Out Loud And Upside Down" (http://www.break.com/video/thinking-out-loud-and-upside-down-2811843) – posted Jan. 26, 2015 |
| 140. | "Extinguishing Car Fire Goes Wrong" (https://www.youtube.com/watch?v=NsYOTERciOU) – acquired Jan. 12, 2015 | "Flaming Car Outsmarts Firefighters" (http://www.break.com/video/flaming-car-outsmarts-firefighters-2810305) – posted Jan. 22, 2015 |
| 141. | "Dog Gets Groomed in Hair Salon" (http://www.youtube.com/watch?v=dZE1IyNg75o) – acquired Jan. 11, 2015 | "A Salon Cut For A Labradoodle" (http://www.break.com/video/a-salon-cut-for-a-labradoodle-2807207) – posted Jan. 14, 2015 |
| 142. | "4-Year-Old Controls Pack of Pit Bulls" (http://www.youtube.com/watch | "4 Year Old Girl And 6 Pitbulls" (http://www.break.com/video/4-year-old-girl-and-6-pitbulls-2806235) – |

COMPLAINT

| | | |
|---|---|---|
| | h?v=wwktkrV5Hcg) – acquired Jan. 13, 2015 | posted Jan. 12, 2015 |
| 143. | "Goat Tries to Jump High but Can't" (http://www.youtube.com/watch?v=5qMJkvaNv9I) – acquired Jan. 30, 2015 | "Can Goats Fly? No" (http://www.break.com/video/this-goat-is-no-escape-artist-2818175) – posted Feb. 9, 2015 |
| 144. | "Sheep Raised by Collies Thinks She's a Dog" (http://www.youtube.com/watch?v=0y2ZxgJNlWs) – acquired Feb. 5, 2015 | "Sheep Wants To Be One Of The Dogs" (http://www.break.com/video/sheep-wants-to-be-one-of-the-dogs-2816557) – posted Feb. 8, 2015 |
| 145. | "Cat Tries to Dig through Snow Drift" (http://www.youtube.com/watch?v=gu9VC1MyAEU) – acquired Feb. 4, 2015 | "How Many Scratches To Get To The Center Of A Snow Drift?" (http://www.break.com/video/cat-vs-massive-snow-drift-2816490) – posted Feb. 6, 2015 |
| 146. | "Man and Young Boy Sucked into Drain" (http://www.youtube.com/watch?v=nTO5gD5th-0) – acquired Feb. 5, 2015 | "The Old Watering Hole Just Got Deeper" (http://www.break.com/video/watering-hole-just-got-deeper-2816089) – posted Feb. 5, 2015 |
| 147. | "Thieves Slip on Ice Robbing Consignment Store" (http://www.youtube.com/watch?v=IfgFa3bHDXI) – acquired Feb. 3, 2015 | "Statue Thief Gets A Taste Of Karma" (http://www.break.com/video/statue-thief-gets-a-taste-of-karma-2816103) – posted Feb. 5, 2015 |
| 148. | "Toddler Keeps Falling in | "Tiny Fella Can't Quite Keep His |

68

| | | |
|---|---|---|
| | "Puddle" (http://www.youtube.com/watch?v=DrNvZQEwTMA) – acquired Jan. 8, 2015 | Balance" (http://www.break.com/video/tiny-fella-can-t-quite-keep-his-balance-2815498) – posted Feb. 3, 2015 |
| 149. | "3-Week-Old Boxer Puppy Tries to Howl" (http://www.youtube.com/watch?v=xx6I0GrKlQQ) – acquired Jan. 29, 2015 | "3 Week Old Boxer Pup Learning To Howl" (http://www.break.com/video/boxer-pup-learning-to-howl-2815564) – posted Feb. 3, 2015 |
| 150. | "Drone Crashes into Skyscraper Twice" (http://www.youtube.com/watch?v=YN1nLff6k0k) – acquired Feb. 4, 2015 | "Drone Fail, Then Recovery, Then Fail" (http://www.break.com/video/drone-fail-then-recovery-then-fail-2816069) – posted Feb. 4, 2015 |
| 151. | "Mount the curb- A guided tour from the NYPD" (http://www.youtube.com/watch?v=o0gALpGaHEY) – acquired Jan. 31, 2015 | "Not All Cops Are Out To Give You A Hard Time" (http://www.break.com/video/not-all-cops-are-out-to-give-you-a-hard-time-2816012) – posted Feb. 4, 2015 |
| 152. | "Man Plays Jenga with Mouse Trap, Loses" (http://www.youtube.com/watch?v=EA5Z1761ImI) – acquired Feb. 2, 2015 | "Mouse Trap Jenga Is The Funnest Game You'll Never Be Brave Enough To Play" (http://www.break.com/video/mouse-trap-jenga-cheese-on-mousetrap-snap-fingers-2814683) – posted Feb. 1, 2015 |
| 153. | "Truck Falls on its Side doing Donuts" (http://www.youtube.com/watch | "Looks Like You Can't Spin Monster Donuts" (http://www.break.com/video/looks-like- |

COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | h?v=f9gSSASppFM) – acquired Feb. 6, 2014 | you-can-t-spin-monster-donuts-2819554) – posted Feb. 12, 2015 |
| 154. | "Dancers Perform on Airport Moving Sidewalk" (http://www.youtube.com/watch?v=pwIPHPA1qvk) – acquired Feb. 10, 2015 | "How To Make The Best Of A Plane Delay" (http://www.break.com/video/how-to-make-the-best-of-a-plane-delay-2819563) – posted Feb. 12, 2015 |
| 155. | "Mega-Cavern Bike Park" (http://www.youtube.com/watch?v=bywQ7lwdD04) – acquired Feb. 12, 2015 | "This Old Mine Was Turned Into A Huge Bike Park" (http://www.break.com/video/this-old-mine-was-turned-into-a-huge-bike-park-2819105) – posted Feb. 11, 2015 |
| 156. | "Snowmobile Capsizes Crossing River" (http://www.youtube.com/watch?v=sLxE9u0nQyY) – acquired Feb. 9, 2015 | "Keep Your Snowmobile On The Snow" (http://www.break.com/video/keep-your-snowmobile-on-the-snow-2820009) – posted Feb. 13, 2015 |
| 157. | "Kid Screams and Sings Chandelier" (http://www.youtube.com/watch?v=lDEWuLQDOCA) – acquired Feb. 13, 2015 | "The Panic Chandelier" (http://www.break.com/video/the-panic-chandelier-2820005) – posted Feb. 13, 2015 |
| 158. | "Man Gets Gun Pulled on Him on Neighborhood Street" (http://www.youtube.com/watch?v=9b1fa93clLI) – acquired Feb. 13, 2015 | "Paranoid Neighbor Pulls Gun On Black Pedestrian" (http://www.break.com/video/paranoid-neighbor-pulls-gun-on-black-pedestrian-2820032) – posted Feb. 13, 2015 |
| 159. | "Ping Pong Shot around Back" | "Miraculous Ping Pong Shot Leaves |

COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | (http://www.youtube.com/watch?v=IumELWqOScA) – acquired Feb. 23, 2015 | Opponent Stunned Beyond Words" (http://www.break.com/video/ping-pong-shot-leaves-opponent-stunned-beyond-words-2824097) – posted Feb. 24, 2015 |
| 160. | "Bulldog Breaks Window Chasing Cat" (http://www.youtube.com/watch?v=W4pIgOcHJNY) – acquired Feb. 19, 2015 | "The Cat Teased The Dog Once Too Often" (http://www.break.com/video/the-cat-teased-the-dog-once-too-often-2823775) – posted Feb. 23, 2015 |
| 161. | "Drunk Guy Falls when Door Opens" (https://www.youtube.com/watch?v=7loGPW6faww) – acquired Jan. 19, 2015 | "Welcome Home, Drunk" (http://www.break.com/video/how-a-drunk-celebrates-coming-home-2823770) – posted Feb. 23, 2015 |
| 162. | "Three-Year-Old Passionately Recites Taekwondo Creed" (https://www.youtube.com/watch?v=RzFmWjavzYM) – acquired Feb. 12, 2015 | "Behold The Tiniest Ninja" (http://www.break.com/video/behold-the-tiniest-ninja-2822383) – posted Feb. 23, 2015 |
| 163. | "West Ham Fans Show Class on Train" (https://www.youtube.com/watch?v=QmWxq5mOk5I) – acquired Feb. 23, 2015 | "Are All English Soccer Fans Racist? This Guy Finds Out For Himself" (http://www.break.com/video/are-all-english-soccer-fans-racist-man-finds-out-2823612) – posted Feb. 23, 2015 |
| 164. | "Dog Shovels Ice Rink" (https://www.youtube.com/watch?v=0Wepe84nWHk) – acquired Feb. 23, 2015 | "Canadian Lab Loves Hockey So Much She Shovels The Rink To Get People To Play" (http://www.break.com/video/canadian- |

71

| | | |
|---|---|---|
| | | lab-shovels-outdoor-hockey-rink-2822857) – posted Feb. 21, 2015 |
| 165. | "Man Hangs onto Back of Car after Fight" (https://www.youtube.com/watch?v=W1D3SnPM3J0) – acquired Feb. 20, 2015 | "Parking Lot Fight Quickly Escalates To Attempted Murder" (http://www.break.com/video/parking-lot-fight-escalates-to-attempted-murder-2822787) – posted Feb. 21, 2015 |
| 166. | "Christian Bale Ziplines in the Dominican Republic" (https://www.youtube.com/watch?v=gudwgfCCCuM) – acquired Feb. 18, 2015 | "Batman Goes On Vacation In The Dominican" (http://www.break.com/video/christian-bale-hits-up-a-zipline-2821726) – posted Feb. 21, 2015 |
| 167. | "Friend Films Guy as He Poses for Silly Picture" (https://www.youtube.com/watch?v=1hkZw8E_J1U) – acquired Feb. 23, 2015 | "Just Keep Posing" (http://www.break.com/video/just-keep-posing-2821660) – posted Feb. 19, 2015 |
| 168. | "Dog Knocks over Cat to Steal Toy" (https://www.youtube.com/watch?v=798TTsjf9v0) – acquired Feb. 17, 2015 | "Cat learns To Play Now Or Suffer The Consequences" (http://www.break.com/video/this-toy-is-not-for-you-2821662) – posted Feb. 19, 2015 |
| 169. | "Girl Falls Pouring Vinegar for Volcano Experiment" (https://www.youtube.com/watch?v=VRoYCpjMPyk) – acquired Feb. 19, 2015 | "When Baking Soda Volcanos Fail" (http://www.break.com/video/when-baking-soda-volcanos-fail-2821680) – posted Feb. 19, 2015 |
| 170. | "Sea Lion Chases Child's | "Who Knew Sea Lions Loved Gloves" |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

COMPLAINT

| | | |
|---|---|---|
| | Glove at Zoo" (https://www.youtube.com/watch?v=bOyAO0H1gck) – acquired Feb. 16, 2015 | (http://www.break.com/video/who-knew-sea-lions-loved-gloves-2821079) – posted Feb. 17, 2015 |
| 171. | "New Shot!! Over the shoulder, no look, out of the" (https://www.youtube.com/watch?v=KuvmR20yCe8) – acquired Feb. 23, 2015 | "That's An Impressive Trick Shot For A Little Dude" (http://www.break.com/video/the-tiniest-archer-is-pretty-badass-2825703) – posted Feb. 26, 2015 |
| 172. | "Buffalo Runs Straight Into Car" (https://www.youtube.com/watch?v=srLjIZK2y_8) – acquired Feb. 28, 2015 | "These Thuggish Buffaloes Don't Mess Around When Guarding Their Yellowstone Home" (http://www.break.com/video/yellowstone-buffalo-rams-into-car-2828198) – posted Mar. 3, 2015 |
| 173. | "Kind Moorhens Share Food" (https://www.youtube.com/watch?v=mDSmJ8_U8uQ) – acquired Feb. 27, 2015 | "They Share The Food! Proof That Moorhens Are The Most Thoughtful Animals Ever" (http://www.break.com/video/moorhens-sharing-food-at-a-park-2826732) – posted Feb. 28, 2015 |
| 174. | "Driver Cuts off Cyclist and Has Major Road Rage" (https://www.youtube.com/watch?v=YinWeRwRsf8) – acquired Feb. 27, 2015 | "Angry Minivan Driver Cuts Off Cyclist, Then Suffers Epic Case Of Road Rage" (http://www.break.com/video/san-francisco-road-rage-minivan-driver-vs-cyclist-2826606) – posted Feb. 28, 2015 |
| 175. | "Drone Rescues RC Helicopter from Roof" | "Chopper Down, Send In The Drone" (http://www.break.com/video/drone- |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

73

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=tJHip3HGKm8) – acquired Feb. 24, 2015 | mission-chopper-rescue-2825704) – posted Feb. 27, 2015 |
| 176. | "Basset Hound Clown Car" (https://www.youtube.com/watch?v=cG4CEr2aiSg) – acquired Mar. 12, 2015 | "That's Too Many Dogs For One Bed" (http://www.break.com/video/that-s-too-many-dogs-for-one-bed-2825640) – posted Feb. 26, 2015 |
| 177. | "Dog Adds More Cowbell" (https://www.youtube.com/watch?v=ui0PwmmzJTE) – acquired Feb. 23, 2015 | "Got A Fever? The Only Cure Is More Cowbell" (http://www.break.com/video/even-the-dog-wants-more-cowbell-2825092) – posted Feb. 25, 2015 |
| 178. | "Husky Puppy Tries to Talk" (https://www.youtube.com/watch?v=QNot4iC7K8s) – acquired Feb. 25, 2015 | "The Chattiest Puppy You'll Ever See" (http://www.break.com/video/that-s-one-talkative-puppy-2825002) – posted Feb. 25, 2015 |
| 179. | "Little Girl Shows of Tahitian Dance Moves" (https://www.youtube.com/watch?v=Vey86aEaZJg) – acquired Feb. 22, 2015 | "Little Girl Busts Out Some Tahitian Dance Moves" (http://www.break.com/video/little-girl-has-the-tahitian-spirit-2824968) – posted Feb. 25, 2015 |
| 180. | "Super Talented Dog, his mouth movement is not edited" (https://www.youtube.com/watch?v=oEejgX1NANE) – acquired Mar. 2, 2015 | "Dog Gets So Excited To Play Fetch That He Starts Dropping Rhymes" (http://www.break.com/video/dog-rapping-while-waiting-to-play-fetch-2828690) – posted Mar. 4, 2015 |
| 181. | "Super Talented Dog, his mouth movement is not edited" | "It's A Rapping Yorkie" (http://www.break.com/video/this- |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

74

| | | (https://www.youtube.com/watch?v=oEejgX1NANE) – acquired Mar. 2, 2015 | yorkie-can-spit-rhymes-2829221) – posted Mar. 6, 2015 |
|---|---|---|---|
| 182. | | "Goat says what what" (https://www.youtube.com/watch?v=IQLRwEwfbCI) – acquired Oct. 27, 2014 | "Jules Vs Goat" (http://www.break.com/video/sam-jackson-has-no-patience-for-repetitive-goats-2828317) – posted Mar. 3, 2015 |
| 183. | | "Teen Exercise Ball Prank" (https://www.youtube.com/watch?v=wfu1GlIF67c) – acquired Mar. 3, 2015 | "Simple Exercise Ball Prank Leaves Poor Kid With A Broken Butt" (http://www.break.com/video/exercise-ball-prank-leaves-kid-with-a-broken-butt-2828220) – posted Mar. 3, 2015 |
| 184. | | "Cat Can't Jump" (https://www.youtube.com/watch?v=0LC3SXj18x0) – acquired Feb. 25, 2015 | "This Cat Fails Like A Champ" (http://www.break.com/video/this-cat-fails-like-a-champ-2821718) – posted Feb. 21, 2015 |
| 185. | | "Multiple Boats Crash during Crew Race" (https://www.youtube.com/watch?v=XDvMBPZ5Bik) – acquired Nov. 11, 2014 | "Row, Row, Row Your Ow!" (http://www.break.com/video/row-row-row-your-ow-2819617) – posted Feb. 13, 2015 |
| 186. | | "Dog Too Lazy for Walk" (https://www.youtube.com/watch?v=rY9Fc-of9ic) – acquired Dec. 2, 2014 | "Walks Are For Suckers, Not This DOg" (http://www.break.com/video/some-dogs-prefer-to-walk-others-don-t-2816997) – posted Feb. 6, 2015 |
| 187. | | "Woman Breaks Watermelon with Legs" (https://www.youtube.com/wat | "Watching Women Crush Watermelon With Thighs Is Strangely Mesmerizing" (http://www.break.com/video/women- |

75

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | ch?v=Ao0mij7EHUA) – acquired Feb. 9, 2015 | crush-watermelon-with-thighs-compilation-video-2815902) – posted Feb. 4, 2015 |
| 188. | "Man Unboxes Hibernating Tortoise" (https://www.youtube.com/watch?v=rS4JXnULUcs) – acquired Mar. 7, 2015 | "How To Wake Up Your Hibernating Tortoise" (http://www.break.com/video/bringing-your-hibernating-tortoise-back-to-life-2830454) – posted Mar. 9, 2015 |
| 189. | "Amazing Moment When Father of Four Hears Silence for First Time" (https://www.youtube.com/watch?v=18kqcczy6MQ) – acquired Mar. 6, 2015 | "Emotional Moment Father Hears Silence For The First Time In Many Moons" (http://www.break.com/video/emotional-moment-father-hears-silence-for-first-time-2829782) – posted Mar. 7, 2015 |
| 190. | "Attempted Car Thief Hits Self in Head with Brick" (https://www.youtube.com/watch?v=jdQw9dGrAEU) – acquired Feb. 26, 2015 | "Those New Rubber Windows Paid Off" (http://www.break.com/video/how-to-not-rob-a-car-2829632) – posted Mar. 6, 2015 |
| 191. | "Hidden Lord of the Rings Door in House" (https://www.youtube.com/watch?v=R1ZS43Vt8G8) – acquired Mar. 4, 2015 | "Secret Lord Of The Rings Hidden Entrance" (http://www.break.com/video/check-out-this-very-cool-lotr-secret-door-2829211) – posted Mar. 6, 2015 |
| 192. | "Guy Uses Chainsaw to Cut Down Tree and Ends up Hitting Beehive" (https://www.youtube.com/wat | "What Happens When You Chainsaw A Beehive" (http://www.break.com/video/chainsaw-beehive-bad-news-2830504) – posted |

76

| | | |
|---|---|---|
| | ch?v=ovVOXhJZt0I) – acquired Mar. 10, 2015 | Mar. 9, 2015 |
| 193. | "Dog Reacts to the Promise and Retraction of Treats" (https://www.youtube.com/watch?v=CMw09prGMdg) – acquired Feb. 16, 2015 | "Treats Good! No Bad!" (http://www.break.com/video/this-dog-is-ready-for-treats-2829606) – posted Mar. 6, 2015 |
| 194. | "Hunter Tries to Crawl Across Ice and Falls Through" (https://www.youtube.com/watch?v=FnRh_LZrS0Y) – acquired Jan. 16, 2015 | "Big Fella On Thin Ice" (http://www.break.com/video/big-fella-on-thin-ice-2829533) – posted Mar. 6, 2015 |
| 195. | "Paintball Player Smashes Face into Barrel" (https://www.youtube.com/watch?v=Av9tim8lHl0) – acquired Mar. 4, 2015 | "This Guy Is Not Cut Out For Paintball" (http://www.break.com/video/this-guy-is-not-cut-out-for-paintball-2829209) – posted Mar. 5, 2015 |
| 196. | "English Bulldog Puppy Rides in Carrier" (https://www.youtube.com/watch?v=xrSJfGTzy44) – acquired Mar. 2, 2015 | "Some Pups Like Going For Walks More Than Others" (http://www.break.com/video/ready-to-go-puppy-2829174) - posted Mar. 5, 2015 |
| 197. | "Sea Lion Grabs Big Fish" (https://www.youtube.com/watch?v=sGz-NIBZwEw) – acquired Oct. 28, 2013 | "The Ultimate Thug Life Vine Compilation" (http://www.break.com/video/so-many-thugs-so-many-vines-2832022) – posted Mar. 12, 2015 |
| 198. | "Skier Flips into Tree and | "Suddenly, A Tree Appears" |

COMPLAINT

| | | |
|---|---|---|
| | Lands in Hospital" (https://www.youtube.com/watch?v=nlKQoXPGY7Q) – acquired Mar. 2, 2015 | (http://www.break.com/video/the-japanese-tree-flip-2831476) – posted Mar. 11, 2015 |
| 199. | "Cat Hides to Sneak Attack other Cat" (https://www.youtube.com/watch?v=cvJ2BDkcLjE) – acquired Mar. 10, 2015 | "Sneaky Cat Ambushes His Buddy" (http://www.break.com/video/cat-attack-from-behind-2832945) – posted Mar. 14, 2015 |
| 200. | "Dachshunds Play Fetch in Snow Tunnel" (https://www.youtube.com/watch?v=Iidq-rV7J2E) – acquired Mar. 10, 2015 | "This Weiner Dog Is A Bad Goalie" (http://www.break.com/video/this-weiner-dog-is-a-bad-goalie-2832568) – posted Mar. 13, 2015 |
| 201. | "Shark Steals Fish from Fisherman" (https://www.youtube.com/watch?v=eBAQ8Sm6il8) – acquired Mar. 13, 2015 | "This Shark Has No Respect For The Sport Of Fishing" (http://www.break.com/video/freeloading-shark-snags-a-meal-2834952) – posted Mar. 18, 2015 |
| 202. | "Cop Stun Guns Naked Man in the Junk" (https://www.youtube.com/watch?v=TgQiTPkAwNQ) – acquired Mar. 15, 2015 | "This Guy Got A Bad Tasering" (http://www.break.com/video/this-guy-got-a-bad-tasering-2834957) – posted Mar. 18, 2015 |
| 203. | "Kids Sing National Anthem into Fans at Walmart" (https://www.youtube.com/watch?v=3zRkZNViyhc) – | "Kids Singing The Star-Spangled Banner Into Walmart Fans Is America In A Nutshell" (http://www.break.com/video/patriotic- |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

|  | | |
|---|---|---|
| | acquired Mar. 25, 2015 | kids-sing-national-anthem-into-walmart-fans-2837696) – posted Mar. 25, 2015 |
| 204. | "A whole new world - Kevin Gordon- Magic Carpet Ride – Aladdin" (https://www.youtube.com/watch?v=rmJ9eWu82aw) – acquired Mar. 22, 2015 | "The Magic Of Aladdin Comes To Life" (http://www.break.com/video/aladdin-needs-to-be-careful-of-road-rash-2836816) – posted Mar. 24, 2015 |
| 205. | "Cookie Monster as a Trapdoor Spider" (https://www.youtube.com/watch?v=98w6VHExKvg) – acquired Mar. 16, 2015 | "Hey, What's That Cricket – Aahh!" (http://www.break.com/video/this-cricket-is-about-to-have-a-bad-day-2836786) – posted Mar. 23, 2015 |
| 206. | "UK Women Find Guy's Phone" (https://www.youtube.com/watch?v=x04BGtS6dKw) – acquired Mar. 25, 2015 | "The Circus Found Your Phone!" (http://www.break.com/video/the-circus-found-your-phone-2836963) – posted Mar. 23, 2015 |
| 207. | "Rogue Spider Breaches Garage Security" (https://www.youtube.com/watch?v=sOIufZGRh0c) – acquired Mar. 23, 2015 | "Stealthy Intruder Caught On Night Vision Camera Casing The Joint" (http://www.break.com/video/spider-caught-on-night-vision-camera-in-the-garage-2836662) - posted Mar. 23, 2015 |
| 208. | "Timelapse Video of Solar Eclipse" (https://www.youtube.com/watch?v=pRx9qTBHGao) – acquired Mar. 23, 2015 | "See The Eclipse In Timelapse" (http://www.break.com/video/this-solar-eclipse-timelapse-is-pretty-cool-2835916) – posted Mar. 20, 2015 |

79

COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| 209. | "Sea Lion Hangs onto Boat to Get Fed" (https://www.youtube.com/watch?v=d8BLbfB2Oas) – acquired Mar. 25, 2015 | "Another Friendly Sea Lion Goes Boating" (http://www.break.com/video/got-some-fish-you-have-a-sea-lion-friend-2835827) – posted Mar. 20, 2015 |
| 210. | "Dog Complains about Leaving Park" (https://www.youtube.com/watch?v=CRtUySYky80) – acquired Mar. 13, 2015 | "What Happens When The Dog Doesn't Want To Leave The Dog Park" (http://www.break.com/video/dog-lays-out-some-trash-talk-2835375) – posted Mar. 19, 2015 |
| 211. | "Galah Cockatoo Acts Manic" (https://www.youtube.com/watch?v=8ZbOIp1GUJA) – acquired Mar. 19, 2015 | "What Got This Bird So Stoked?" (http://www.break.com/video/the-most-excited-bird-ever-takes-a-dive-2835398) – posted Mar. 19, 2015 |
| 212. | "Woman Asks For Cigarette" (https://www.youtube.com/watch?v=h6oCNJ_AVGs) – acquired Mar. 30, 2015 | "American Woman Gets Shot Down While Asking For A Helping Hand" (http://www.break.com/video/hey-yall-got-a-cigarette-we-dont-smoke-f-off-2839415) – posted Mar. 30, 2015 |
| 213. | "Woman Asks For Cigarette" (https://www.youtube.com/watch?v=h6oCNJ_AVGs) – acquired Mar. 30, 2015 | "Masterful Y'All Got A Cigarette Remix" (http://www.break.com/video/y-all-got-a-cigarette-the-remix-2843694) – posted Apr. 8, 2015 |
| 214. | "Kid Shoots Screen with Airsoft Gun" (https://www.youtube.com/watch?v=GXTLVQ1eiik) – acquired Mar. 29, 2015 | "Kid Messing With Gun Accidentally Shoots Most Prized Possession, Starts Crying" (http://www.break.com/video/kid-shoots-computer-monitor-screen-with- |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

| | | |
|---|---|---|
| | | airsoft-gun-2839327) – posted Mar. 29, 2015 |
| 215. | "Guy Flips off Crowd, Falls off Truck" (https://www.youtube.com/watch?v=3POv2BVxFYU) – acquired Mar. 26, 2015 | "Spring Break Coward Runs Away From Fight But Can't Even Do That Right" (http://www.break.com/video/spring-break-coward-runs-away-from-fight-but-fails-2837630) – posted Mar. 25, 2015 |
| 216. | "Man Rescues Pelican with Fishing Wire Stuck on Beak" (https://www.youtube.com/watch?v=Q95plibVr3A) – acquired Feb. 23, 2015 | "Pelican With A Wrapped Beak Gets Saved By A Passerby" (http://www.break.com/video/just-a-dude-saving-a-pelican-2832504) – posted Mar. 14, 2015 |
| 217. | "Puppy Training as Police Dog Chases Suspect" (https://www.youtube.com/watch?v=LHX2KunFIJ0) – acquired Mar. 12, 2015 | "14 Week Old Police Dog In Training" (http://www.break.com/video/police-pup-in-training-2830971) – posted Mar. 10, 2015 |
| 218. | "Huge Spider Hides in Toilet" (https://www.youtube.com/watch?v=FM1hhKgg434) – acquired Mar. 17, 2015 | "Attack Of The Toilet Spider" (http://www.break.com/video/this-spider-has-a-strong-will-to-live-2829168) – posted Mar. 5, 2015 |
| 219. | "Two Girls Freak out on Slingshot Ride" (https://www.youtube.com/watch?v=ACOJbRV_k-k) – acquired Apr. 9, 2015 | "Two Little Girls Lose It On The Slingshot" (http://www.break.com/video/no-one-can-handle-the-slingshot-2844398) – posted Apr. 10, 2015 |
| 220. | "Little Boy Steps on Easter Egg" | "This Kid Just Learned How To Fail An Easter Egg Roll" |

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=ra-vjw502i0) – acquired Apr. 6, 2015 | (http://www.break.com/video/easter-egg-roll-fail-2843669) – posted Apr. 8, 2015 |
| 221. | "Police Chase Pickup Truck" (https://www.youtube.com/watch?v=E1WcpcuLt-c) – acquired Apr. 1, 2015 | "Police Chase Coming Through" (http://www.break.com/video/wait-here-the-police-chase-is-on-the-way-2843673) – posted Apr. 8, 2015 |
| 222. | "Husky Teaches Other Dogs How To Howl" (https://www.youtube.com/watch?v=LOwTgGivGN8) – acquired Apr. 7, 2015 | "How A Husky Deals With Stress" (http://www.break.com/video/how-a-husky-deals-with-stress-2843662) – posted Apr. 8, 2015 |
| 223. | "Boy Plays with Stunt Kite at Beach" (https://www.youtube.com/watch?v=87JvCGMC514) – acquired Apr. 7, 2015 | "How Do You Get This Level Of Control Over A Kite?" (http://www.break.com/video/check-out-this-amazing-kite-control-2843667) – posted Apr. 8, 2015 |
| 224. | "High Fiver Accidentally Smacks Girl in Head" (https://www.youtube.com/watch?v=XJKbcwtms24) – acquired Apr. 3, 2015 | "Sometimes A High Give Gets Out Of Hand" (http://www.break.com/video/high-five-and-a-mid-height-one-2843658) – posted Apr. 8, 2015 |
| 225. | "Elmo and Cookie Monster Share Some Adult Fun" (https://www.youtube.com/watch?v=-_49VS4nuao) – acquired Apr. 3, 2015 | "Elmo And Cookie Monster After Hours" (http://www.break.com/video/elmo-and-cookie-monster-after-hours-2842795) – posted Apr. 6, 2015 |
| 226. | "School Fight Ends in Patty | "Now That's A School Fight" |

82

COMPLAINT

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

| | | |
|---|---|---|
| | Cake" (https://www.youtube.com/watch?v=ioTiEZCGekA) – acquired Apr. 3, 2015 | (http://www.break.com/video/now-that-s-a-school-fight-2842793) – posted Apr. 6, 2015 |
| 227. | "Pool Jumper Trips on Spiked Fence" (https://www.youtube.com/watch?v=h-Uyl3aPsGQ) – acquired Apr. 9, 2015 | "Spiked Fence? Just Avoid It" (http://www.break.com/video/spiked-fence-just-avoid-it-2842801) – posted Apr. 6, 2015 |
| 228. | "GoPro Falls off Skydiver and Lands Intact" (https://www.youtube.com/watch?v=gF4TTPXu9r0) – acquired Apr. 8, 2015 | "Someone Found A GoPro And This Was On It" (http://www.break.com/video/footage-from-a-found-gopro-2842744) – posted Apr. 6, 2015 |
| 229. | "Kids Body Slamming Cars Get Arrested" (https://www.youtube.com/watch?v=udBtfZMQkJU) – acquired Apr. 6, 2015 | "Instant Justice! Dumb Kids Jumping On Cars Live To Regret It" (http://www.break.com/video/instant-justice-dumb-kids-jumping-on-cars-in-plaza-2842624) – posted Apr. 6, 2015 |
| 230. | "DeAndre Levy Wing Walk" (https://www.youtube.com/watch?v=_dBrBr1YhBo) – acquired Mar. 31, 2015 | "Detroit Linebacker Deandre Levy Is Absolutely Insane" (http://www.break.com/video/detroit-linebacker-deandre-levy-is-absolutely-insane-2841248) – posted Apr. 3, 2015 |
| 231. | "Guy Pokes Anaconda with Stick" (https://www.youtube.com/watch?v=ux8O2xI1qV4) – | "Why You Don't Poke An Anaconda With A Short Stick" (http://www.break.com/video/why-you-dont-poke-an-anaconda-with-a-short- |

83

| | | |
|---|---|---|
| | acquired Apr. 5, 2015 | stick-2841605) – posted Apr. 3, 2015 |
| 232. | "Teacher Gets Hit in Nuts During Demonstration" (https://www.youtube.com/watch?v=ax2HRGd8Rcg) – acquired Apr. 2, 2015 | "Full Aftermath Video: World's Toughest Man Takes Axe To The Groin, Doesn't Quit" (http://www.break.com/video/full-aftermath-video-physics-teacher-axe-to-penis-2840997) – posted Apr. 2, 2015 |
| 233. | "Physics Teacher Takes Ax to Nuts" (https://www.youtube.com/watch?v=FyDiH_JC68w) – acquired Apr. 3, 2015 | "Making Physics Fun" (http://www.break.com/video/the-worst-way-to-teach-kids-physics-2840102) – posted Mar. 31, 2015 |
| 234. | "Dad Pulls Son's Baby Tooth with Chevy Camaro" (https://www.youtube.com/watch?v=imtLQS2W7CA) – acquired Apr. 7, 2015 | "How They Pull Teeth In Florida" (http://www.break.com/video/loose-tooth-grab-a-camaro-2840689) – posted Apr. 1, 2015 |
| 235. | "Teacher Performs Liquid Methane Demo" (https://www.youtube.com/watch?v=W_5m71oyNys) – acquired Apr. 7, 2015 | "When Chemistry Class Gets Out Of Hand" (http://www.break.com/video/chemistry-teacher-s-lesson-is-a-bit-intense-2840618) – posted Apr. 1, 2015 |
| 236. | "Man Gets Stuck in Seatbelt" (https://www.youtube.com/watch?v=diQKUWACkQY) – acquired Apr. 14, 2015 | "Old People Problems: Seatbelt Edition" (http://www.break.com/video/old-people-problems-seatbelt-edition-2845892) – posted Apr. 14, 2015 |
| 237. | "Guy Gets Rear-Ended into Oncoming Truck" | "This Is Why You Leave Your Wheels Straight While Waiting To Turn" |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

84

COMPLAINT

| | | |
|---|---|---|
| | (https://www.youtube.com/watch?v=tADvFcj7Cm4) – acquired Apr. 11, 2015 | (http://www.break.com/video/dashcam-accident-2845416) – posted Apr. 13, 2015 |
| 238. | "Birds Infiltrate Chimney and Fly inside Living Room (Part 1/2)" (https://www.youtube.com/watch?v=PaRrHpkIBUw) – acquired Apr. 13, 2015 | "Couple Come Home To Find This In Their Living Room" (http://www.break.com/video/couple-come-home-to-find-this-in-their-living-room-2845399) – posted Apr. 13, 2015 |
| 239. | "Toddler Shows off Dance Moves" (https://www.youtube.com/watch?v=AuCIdW6fIik) – acquired Apr. 8, 2015 | "Little Kid Dancing Like It's His Job" (http://www.break.com/video/this-kid-has-a-future-in-dance-2844414) – posted Apr. 12, 2015 |
| 240. | "Laid Back Guy Paddle Boards on Beach Chair" (https://www.youtube.com/watch?v=27s33sfLxwo) – acquired Apr. 2, 2015 | "When You Want To Chill But You Want To Paddleboard" (http://www.break.com/video/paddleboarding-for-the-truly-lazy-2844415) – posted Apr. 10, 2015 |
| 241. | "Gun Flies out of Man's Hands" (https://www.youtube.com/watch?v=kv4ZsFTwbwM) – acquired Apr. 9, 2015 | "The Craziest Gun Recoil Ever" (http://www.break.com/video/you-ll-need-a-helmet-to-use-this-gun-2844067) – posted Apr. 9, 2015 |
| 242. | "Silverback Gorilla Cracks Protective Glass at Zoo" (https://www.youtube.com/watch?v=KK67kaMWN-8) – | "This Gorilla Got Close To Killing That Whole Human Family" (http://www.break.com/video/gorilla-got-close-to-killing-that-whole-human- |

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

| | | acquired Apr. 16, 2015 | family-2847110) – posted Apr. 17, 2015 |
|---|---|---|---|
| | 243. | "Principal Refuses To Give Man's Daughter's iPhone Back" (https://www.youtube.com/watch?v=tsTEV2AJ_Gg) – acquired Apr. 16, 2015 | "She Can't Do That! Thieving Principal Refuses To Give Back iPhone 6 To Parent" (http://www.break.com/video/thief-principal-refuses-to-return-iphone-6-to-parent-2846716) – posted Apr. 16, 2015 |

## Harm Caused by the Infringement;
## Jukin's Efforts to Stop Defendant's Infringement

203.   As described above, Defendant has engaged in at least 315 instances of infringement of Jukin's Original Videos.

204.   Both Jukin and the individual video creators are harmed by Defendant's infringement.  For example, the infringement causes them to lose license fees that Defendant should have paid for use of the videos, as well as losing the ability to monetize the videos through ad placement and the revenue derived from the network effects of viewers coming to Jukin-owned and managed properties to view the Jukin content (e.g., repeated viewing within Jukin's channels, conversion of single-time viewers to long-term subscribers, etc.).

205.   Since Defendant is either using the entire Jukin videos or is using the most significant and valuable portions of Jukin's videos, after viewers watch the Infringing Videos on Break.com, they are unlikely to go to Jukin's channels to watch the Original Videos.  As such, Jukin is losing views on its own channels and is missing out on capturing potential new viewers who otherwise may have watched the videos on Jukin's channels and become repeat viewers.  While Jukin derives significant market value from its licenses, Defendant's actions produce an adverse effect to the licensing market by exposing the material to a significant number of viewers who no longer have a need to view the video from Jukin or

86

1    Jukin licensee.

2        206.   As mentioned above, the Infringing Videos on Break.com are not

3    attributed to Jukin or to the original creator of the video content.  However, even if

4    Defendant did attribute some of the videos to Jukin, this does not undo

5    Defendant's infringement, nor is it acceptable to Jukin.

6        207.   Defendant's spreading of false and misleading information about

7    Jukin's business to potential licensees, in an attempt to persuade them to license

8    their content with Defendant rather than Jukin, harms Jukin's reputation in the

9    industry and harms potential licensees by providing them with false information to

10   satisfy Defendant's ulterior motive.

11       208.   Jukin has undertaken various efforts to stop Defendant's infringement,

12   such as filing copyright claims and DMCA takedown notices with Break.com and

13   corresponding with Defendant's representatives to try to resolve the infringement

14   issues.  Despite these efforts, Defendant not only continues to regularly and

15   willfully infringe Jukin's videos, but the instances of infringement have increased

16   exponentially and require more action by Jukin and involvement of the Court to

17   adjudicate this dispute.

18                   **FIRST CLAIM FOR RELIEF**

19        **COPYRIGHT INFRINGEMENT (17 U.S.C. §§ 106 and 501)**

20       209.   Jukin incorporates and references the allegations asserted in each of

21   the preceding paragraphs, as if fully set forth herein.

22       210.   Defendant has infringed Jukin's copyright in the Original Videos in

23   violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501

24   by copying videos owned or exclusively licensed by Jukin without a license or

25   permission.

26       211.   Defendant's acts of infringement are willful, intentional, continuous,

27   and purposeful, in disregard of and with indifference to Jukin's rights.

28       212.   As a direct and proximate result of said infringement by Defendant,

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

87

Jukin is entitled to damages in an amount to be proven at trial.

213.   Jukin is also entitled to Defendant's profits attributable to the infringement, pursuant to 17 U.S.C. § 505 and otherwise according to law.

214.   Jukin is entitled to injunctive relief and redress for Defendant's willful, intentional, and purposeful use and exploitation of the Jukin Original Videos for its own financial benefit with full knowledge that such use constituted infringement of, and was in disregard of, Jukin's rights.  Defendant's conduct is causing and, unless immediately enjoined, will continue to cause enormous and irreparable harm to Jukin.  Jukin is suffering lost revenue from loss of licensing fees, decreased monetization via YouTube viewers diverted to Defendant's site, and reputational harm.  Defendant may not continue to exploit Jukin's video compositions without authorization.  Defendant's conduct must immediately be stopped and Jukin must be compensated for its willful acts of infringement.

215.   As a direct and proximate result of the foregoing acts and conduct, Jukin has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.  Jukin is informed and believes, and on that basis avers, that unless enjoined and restrained by this Court, Defendant will continue to infringe Jukin's rights in the Original Videos. Jukin Media is entitled to preliminary and permanent injunctive relief to restrain and enjoin Counterclaim Defendants' continuing infringing conduct.

## SECOND CLAIM FOR RELIEF

## STATE UNFAIR COMPETITION (Cal. Bus. & Prof. Code § 17200 et seq.)

216.   Jukin incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

217.   Upon information and belief, Defendant has engaged in unfair competition by utilizing unfair, deceptive, and fraudulent business practices in its creation of or acquiescence to false user identities that routinely post infringing content on the Break.com site and potentially other means of Defendant's digital

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

distribution.

218.   Upon information and belief, Defendant has engaged in unfair competition by intentionally tracking Jukin's video posting behaviors and copying its videos shortly after they are published, at the time when they are most likely to be monetized, and with the same or similar target audience as Jukin with the intent to directly affect Jukin's business and siphon viewers to Defendant's digital properties.

219.   Upon information and belief, Defendant has engaged in unfair competition by intentionally spreading false and misleading information about Jukin to Jukin's potential licensors, in an attempt to persuade these video creators to license their content to Defendant instead of with Jukin.

220.   Defendant's fraudulent and deceptive acts of unfair competition are willful, intentional, and purposeful, in disregard of and with indifference to Jukin's rights, and have caused Jukin direct injury and the loss of revenue.

221.   As a direct and proximate result of said unfair competition by Defendant, Jukin is entitled to damages in an amount to be proven at trial.

222.   Jukin is also entitled to injunctive relief and redress for Defendant's willful, intentional, and purposeful acts of unfair competition in disregard of Jukin's rights.

## **THIRD CLAIM FOR RELIEF**

### **TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE**

223.   Jukin incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

224.   Upon information and belief, Defendant has engaged in tortious interference with Jukin's business relations by communicating with individual video creators that Defendant knew were existing or potential licensors of Original Videos to Jukin, and intentionally disrupting the existing or potential business

89

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

relationship between the video creators and Jukin by providing false and misleading information about Jukin to those video creators.

225.   Upon information and belief, Defendant has intentionally attempted to persuade individual video creators not to license their videos to Jukin, by falsely informing such potential licensors that Jukin is a much smaller company than Defendant, and that Jukin's ability to earn licensing revenue for the licensor is limited because Jukin will only use licensed videos for its own show, instead of further licensing them to a variety of television and video outlets.

226.   Upon information and belief, Defendant has communicated such false and misleading information to potential licensors in order to persuade them to license their videos to Defendant instead of to Jukin, and to thereby obtain for itself the economic benefit that Jukin was already earning or was expecting to earn.

227.   Jukin is aware of at least one occasion in which the above allegations occurred because Jukin's licensor informed Jukin of Defendant's communications. At this stage, it is impossible for Jukin to know the number of existing or potential licensors to whom Defendant has made similar communications, or the number of existing or potential licensors whom Defendant has successfully convinced to terminate or forego a licensing relationship with Jukin.

228.   On information and belief, Defendant has engaged in a pattern and practice of malicious, unfair, and deceptive business practices, including regular attempts to solicit and interfere with Jukin's licensors and potential licensors.

229.   Defendant's malicious and deceptive acts of tortious interference are willful, intentional, and purposeful, in disregard of and with indifference to Jukin's rights, and have caused Jukin direct injury and the loss of revenue.

230.   As a direct and proximate result of said tortious interference by Defendant, Jukin is entitled to damages in an amount to be proven at trial.

231.   Jukin is also entitled to injunctive relief and redress for Defendant's willful, intentional, and purposeful acts of tortious interference in disregard of

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

1  Jukin's rights.

2  **<u>PRAYER FOR RELIEF</u>**

3  WHEREFORE, Jukin prays for judgment against Defendant as follows:

4  A.   For damages, or statutory damages, in amount to be determined at

5  trial;

6  B.   For an accounting of Defendant's profits attributable to its

7  infringements of Jukin's copyright in the Original Videos;

8  C.   For a preliminary and permanent injunction prohibiting Defendant,

9  and its respective agents, servants, employees, officers, successors, licensees and

10  assigns, and all persons acting in concert or participation with it, from continuing

11  to infringe Jukin's copyrights in the Original Videos;

12  D.   For a preliminary and permanent injunction prohibiting Defendant,

13  and its respective agents, servants, employees, officers, successors, licensees and

14  assigns, and all persons acting in concert or participation with it, from continuing

15  to intentionally interfere with Jukin's business relations;

16  E.   For prejudgment interest according to law;

17  F.   For Jukin's reasonable attorneys' fees and costs incurred in this

18  action; and

19  G.   For such other and further relief as the Court may deem just and

20  proper.

21

22  Dated: August 14, 2015                    VENABLE LLP

23                                           By:  /s/ Tamany Vinson Bentz
24                                                Douglas C. Emhoff
25                                                Tamany Vinson Bentz
                                                 Melissa C. McLaughlin
26                                                Attorneys for Plaintiff Jukin Media,
                                                 Inc.
27

28

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

91

## DEMAND FOR JURY TRIAL

Plaintiff Jukin Media, Inc. hereby demands a trial by jury for all issues to which it is so entitled.

Dated: August 14, 2015                VENABLE LLP

                                      By: __/s/ Tamany Vinson Bentz__
                                          Douglas C. Emhoff
                                          Tamany Vinson Bentz
                                          Melissa C. McLaughlin
                                          Attorneys for Plaintiff Jukin Media,
                                          Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

92

COMPLAINT