Thomas M. Robins III (State Bar No. 054423)
trobins@frandzel.com
Tricia L. Legittino (State Bar No. 254311)
tlegittino@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard
Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Defy Media, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUKIN MEDIA, INC. | CASE No. 2:15-CV-04411-BRO-GJS |
| Plaintiff, | NOTICE OF LODGMENT re |
| v. | 1) CURRENT CERTIFICATE OF GOOD STANDING FOR GUY R. COHEN; and |
| DEFY MEDIA, LLC, | 2) APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE (Docket #13) WITH PROOF OF PAYMENT |
| Defendant. | |
| | Judge: Hon. Beverly Reid O'Connell |
| | Courtroom: 14 |

1926559.1 | 100915-0001

1

**Guy R. Cohen Certificate of Good Standing dated August 25, 2015**

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## GUY R. COHEN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on April 11, 1994, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

August 25, 2015

*Clerk of the Court*

1156

**Pro Hac Vice Application, Docket #13 (with Proof of Payment)**

Name and address:
Guy R. Cohen
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JUKIN MEDIA, INC. | | CASE NUMBER |
| --- | --- | --- |
| | | 2:15-cv-04411-BRO-GJS |
| v. | Plaintiff(s) | |
| DEFY MEDIA, LLC | | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| | Defendant(s). | |

### INSTRUCTIONS FOR APPLICANTS

(1) *Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; note that electronic signatures are not accepted. Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).*

(3) *Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.*

### SECTION I - INFORMATION

Cohen, Guy R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

Davis & Gilbert LLP
*Firm Name*

1740 Broadway        212-468-4853        212-468-4888
                     *Telephone Number*    *Fax Number*

*Street Address*

New York, NY 10019        gcohen@dglaw.com
*City, State, Zip Code*    *E-Mail Address*

I have been retained to represent the following parties:

Defy Media, LLC    ☐ *Plaintiff*  ☒ *Defendant*  ☐ *Other:* _____

                   ☐ *Plaintiff*  ☐ *Defendant*  ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| Name of Court | Date of Admission | Active Member in Good Standing? (If not, please explain.) |
| --- | --- | --- |
| Supreme Court of New York | 4/11/1994 | Yes |
| U.S. Dist. Court for Southern Dist. of NY | 5/17/1994 | Yes |
| U.S. Dist. Court for Eastern Dist. of NY | 6/17/1994 | Yes |
| U.S. Court of Appeals for Second Circuit | 10/20/1998 | Yes |

G-64 (06/13)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 3

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| CV-15-01121-AB (GJS) | Geo. Edward McCalip v. TED Conferences, LLC, Sapling Foundation, Does 1 through 9 | May 26, 2015 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Have you previously registered as a CM/ECF user in the Central District of California?  [x] Yes  [ ] No
If yes, was your CM/ECF User account associated with the e-mail address provided above?  [x] Yes  [ ] No:

*Previous E-Mail Used (if applicable)*

You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 8/18/2015

Guy R. Cohen
*Applicant's Name (please type or print)*

*Applicant's Signature*

G-64 (06/13)     APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE     Page 2 of 3

### SECTION III - DESIGNATION OF LOCAL COUNSEL

Robins, Thomas R. (SBN 54423) / Legittino, Tricia L. (SBN 25411)
*Designee's Name (Last Name, First Name & Middle Initial)*

Frandzel Robins Bloom & Csato, L.C.
*Firm Name*

6500 Wilshire Boulevard, 17th Floor

*Street Address*

Los Angeles, CA 90048-4920
*City, State, Zip Code*

323-852-1000   323-651-2577
*Telephone Number*   *Fax Number*

trobins@frandzel.com / tlegittino@frandzel.com
*E-Mail Address*

T.M. Robins: 53323 / T.L. Legittino: 254311
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated August 19, 2015   Thomas M. Robins / Tricia L. Legitinno
*Designee's Name (Please type or print)*

*Designee's Signature*

### SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## GUY R. COHEN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on April 11, 1994, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

May 20, 2015

Clerk of the Court

8448

# PROOF OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, 19th Floor, Los Angeles, CA 90017-2427.

On **August 19, 2015**, I served true copy(ies) of the **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE**, the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

- **Tamany Vinson Bentz** - tjbentz@venable.com, sross@venable.com, hedmonds@venable.com

- **Douglas C Emhoff** - demhoff@venable.com, kcalderone@venable.com

- **Melissa Caren Rose McLaughlin** - mcmclaughlin@venable.com, fjmcclendon@venable.com, lalitigationdocketing@venable.com

- **Thomas M Robins, III** - trobins@frandzel.com, achase@frandzel.com, efiling@frandzel.com

☒ **BY E-MAIL:** At approximately 11:40 a.m., I caused said document(s) to be transmitted by electronic mail. The name(s) and e-mail addresses of the person(s) served are set forth in the service list. The document was transmitted by electronic transmission and without error.

I certify under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on **August 19, 2015**, at Los Angeles, California.

Barbara Wilson

## SERVICE LIST

Guy R. Cohen  
DAVID & GILBERT LLP  
1740 Broadway  
New York, NY 10019

E-mail: gcohen@dglaw.com  
Telephone: 212-468-4853  
Facsimile: 212-468-4888

1919004.1 | 100915-0001                1

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA132133
Cashier ID: ylcash
Transaction Date: 08/19/2015
Payer Name: NATIONWIDE LEGAL
------------------------------------
PRO HAC VICE
 For: NATIONWIDE LEGAL
 Case/Party: D-CAC-2-15-AT-002015-001
 Amount:         $325.00
------------------------------------
CHECK
 Check/Money Order Num: 4568
 Amt Tendered:   $325.00
------------------------------------
Total Due:       $325.00
Total Tendered:  $325.00
Change Amt:      $0.00
```

PHV for Guy R. Cohen

Davis & Gilbert LLP

1740 Broadway

New York, NY 10019


Case number:
2:15-cv-04411-BRO(GJSx)


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.

## PROOF OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, 19th Floor, Los Angeles, CA 90017-2427.

On August 27, 2015, I served true copy(ies) of the **NOTICE OF LODGMENT re 1) CURRENT CERTIFICATE OF GOOD STANDING FOR GUY R. COHEN; and 2) APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE (Docket #13) WITH PROOF OF PAYMENT**, the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

- **Tamany Vinson Bentz** - tjbentz@venable.com, sross@venable.com, hedmonds@venable.com

- **Douglas C Emhoff** - demhoff@venable.com, kcalderone@venable.com

- **Melissa Caren Rose McLaughlin** - mcmclaughlin@venable.com, fjmcclendon@venable.com, lalitigationdocketing@venable.com

- **Thomas M Robins, III** - trobins@frandzel.com, achase@frandzel.com, efiling@frandzel.com

☒ **BY E-MAIL:** At approximately 4:40 p.m., I caused said document(s) to be transmitted by electronic mail. The name(s) and e-mail addresses of the person(s) served are set forth in the service list. The document was transmitted by electronic transmission and without error.

I certify under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on **August 27, 2015**, at Los Angeles, California.

_____

### SERVICE LIST

Guy R. Cohen
DAVID & GILBERT LLP
1740 Broadway
New York, NY 10019

E-mail: gcohen@dglaw.com
Telephone: 212-468-4853
Facsimile: 212-468-4888

1926571.1 | 100915-0001

1