VENABLE LLP
Douglas C. Emhoff (SBN 151049)
demhoff@venable.com
Tamany Vinson Bentz (SBN 258600)
tjbentz@venable.com
Schuyler B. Sorosky (SBN 265367)
ssorosky@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Plaintiff Jukin Media, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUKIN MEDIA, INC., a California corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEFY MEDIA, LLC, a Delaware limited liability company<br><br>　　　　　　　　Defendant. | CASE NO. 2:15-cv-04411-BRO-GJS<br><br>Hon. Beverly Reid O'Connell<br><br>**STIPULATION OF DISMISSAL AND STIPULATION OF ENTRY OF JUDGMENT IN THE EVENT OF DEFENDANT DEFAULT ON SETTLEMENT AGREEMENT**<br><br>Action Filed:　　June 10, 2015<br>Trial Date:　　Not set |

CONSENT JUDGMENT

Plaintiff Jukin Media, Inc. ("Plaintiff") and Defendant Defy Media LLC ("Defendant"), hereby enter into this Stipulation of Dismissal subject to retention of jurisdiction to enforce their Settlement Agreement, which is secured by this Stipulation for Judgment in the Event of Defendant Default on Settlement Agreement ("Stipulation") as follows:

WHEREAS, on August 14, 2015, Plaintiff filed its operative First Amended Complaint ("Complaint") against Defendant in this action, seeking to recover damages for the violation of its copyrights; and

WHEREAS, the Parties have entered into a Settlement Agreement and Release, which is secured by Stipulated Judgment ("Settlement Agreement"); and

WHEREAS, under the terms of the Settlement Agreement Defendant has agreed to pay Plaintiff an amount pursuant to the payment schedule described in the Settlement Agreement (the "Settlement Payment").

WHEREAS, the Parties agree and jointly request that this Court retain jurisdiction to enforce the settlement, and otherwise dismiss this action in its entirety, subject to such retention of jurisdiction.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant as follows:

1. The Parties agree that the matters set forth above are true and correct.

2. To secure Defendants performance of the terms of the Parties' Settlement Agreement, the Parties executed on March 21, 2016 a Stipulation for Judgment and Stipulated Judgment ("Stipulated Judgment") in a principal amount equal to the Settlement Payment.

3. In the event Defendant defaults by failing to timely and fully make any payment due under the Settlement Agreement following application of the notice and cure provisions set forth in the Settlement Agreement (a) Plaintiff is hereby authorized to file an ex parte application to vacate the dismissal entered hereunder and enter Judgment for the Settlement Payment against Defendant, less

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

any payments made under the Settlement Agreement prior to default, plus interest thereon at 7.5% per annum from the date of default; and (b) the Court is authorized to enter an order vacating any dismissal and thereupon enter judgment pursuant to this Stipulation on an ex parte basis.

4. No amendment, change or modification of this Stipulation shall be valid, unless in writing and signed by all of the parties hereto.

5. Except as set forth in the Settlement Agreement and Release, this Stipulation constitutes the entire understanding and agreement of the parties with respect to its specific subject matter, and any and all prior agreements, understandings, or representations with respect to its subject matter are hereby terminated and canceled in their entirety and are of no further force or effect.

6. The Parties shall bear their own attorney's fees and costs to date in this Action.

7. The Stipulated Judgment is exempt from the confidentiality restrictions set forth in the Settlement Agreement, including Section 10.

8. The Stipulated Judgment may be entered by any Judge of the United States District Court, Central District of California.

9. This Court should (a) retain jurisdiction to enforce the parties settlement, and (b) otherwise dismiss this action in its entirety, subject to such retention of jurisdiction.

IT IS SO STIPULATED.

Jukin Media, Inc.
By: Tamany Vinson Bentz
    Venable LLP

Date: 3/22/2016

Defy Media, LLC
By: Guy Cohen
Davis & Gilbert LLP
Attorneys for Defy Media, LLC

Date: 3/22/2016

Based on the foregoing, the Court retains jurisdiction to enforce the parties settlement and otherwise dismisses this action in its entirety, subject to such retention of jurisdiction.

Entered this ___ day of March, 2016

_____
U.S. District Judge Beverly Reid O'Connell